# EXHIBIT A

**8552793076**

Text Message
Thu, Aug 29 at 12:05 PM

Bon Charge: Our 25% off Labor Day sale is NOW LIVE.

Shop the sale here https://klo7.io/35xyEXkw

Text STOP to opt-out

Sun, Sep 1 at 2:49 PM

Bon Charge: Hurry! Last 24 hours to save 25% this Labor Day sale

Shop here https://klo7.io/38WF8NBC

This is your last chance to save!

Text STOP to opt-out

**8552793076**

Labor Day sale

Shop here https://klo7.io/38WF8NBC

This is your last chance to save!

Text STOP to opt-out

Tue, Sep 17 at 3:35 AM

Bon Charge: BREAKING: New Product Release!!

Check out the latest wellness tech device from BON CHARGE here https://kla5.io/c4GxbC

Text STOP to opt-out

The sender is not in your contact list.

Report Junk