# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS KING, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BON CHARGE, an Australian company<br><br>Defendant. | Civil Action No. 1:25-cv-00105-RGA<br><br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' MOTION TO DISMISS COMPLAINT OR IN THE ALTERNATIVE TO STRIKE CERTAIN ALLEGATIONS

Defendant Bon Charge, by and through its undersigned counsel, hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), 12(b)(6) for an Order dismissing the Complaint (ECF No. 1), filed by Plaintiff Phyllis King ("Plaintiff"), individually and on behalf of others similarly situated, for lack of personal jurisdiction, improper and lack of proper venue, failure to state a claim upon which relief can be granted. In the alternative, Defendant moves pursuant to Rule 12(f) to strike class allegations.

The Parties will stipulate to defer briefing on this Motion and will file such stipulation promptly.

| Dated: February 14, 2025 | DORSEY & WHITNEY (DELAWARE) LLP |
|---|---|
| | /s/ Alessandra Glorioso |
| | Alessandra Glorioso (#5757) |
| | 300 Delaware Avenue, Suite 101 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 425-7171 |
| | Facsimile: (302) 425-7177 |
| | E-mail: glorioso.alessandra@dorsey.com |
| | |
| | Theresa M. Bevilacqua (*Pro Hac Vice forthcoming*) |
| | Ashley Repp (*Pro Hac Vice forthcoming*) |
| | 50 South Sixth Street, Suite 1500 |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 340-2600 |
| | Email: bevilacqua.theresa@dorsey.com |
| | repp.ashley@dorsey.com |
| | |
| | *Attorneys for Defendant Bon Charge* |

# CERTIFICATE OF SERVICE

   I hereby certify that on February 14, 2025 I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following:

R. Grant Dick IV (#5123)
COOCH AND TAYLOR P.A.
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
E-Mail: gdick@coochtaylor.com
*Attorneys for Plaintiff and the Proposed Class*

**OF COUNSEL**
Yeremey O. Krivoshey (SBN 295032)
SMITH KRIVOSHEY, PC
(*pro hac vice* forthcoming)
166 Geary Str STE 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com

Aleksandr "Sasha" Litvinov (SBN 95598)
SMITH KRIVOSHEY, PC
(*pro hac vice* forthcoming)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: (888) 410-0415
E-Mail: sasha@skclassactions.com
*Attorneys for Plaintiff*
*and the Proposed Class*

           */s/ Alessandra Glorioso*
            Alessandra Glorioso (#5757)