# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS KING, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BON CHARGE, an Australian company<br><br>Defendant. | Civil Action No. 1:25-cv-00105-RGA<br><br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

This _____ day of _____, 2025, having considered Defendant Bon Charge's Motion to Dismiss,

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Richard G. Andrews
United States District Court Judge