# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS KING, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BON CHARGE, an Australian company<br><br>    Defendant. | Civil Action No. 1:25-cv-00105-RGA<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' MOTION TO DISMISS COMPLAINT

Defendant Bon Charge, by and through its undersigned counsel, hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) for an Order dismissing with prejudice the Complaint (D.I. 1), filed by Plaintiff Phyllis King ("Plaintiff"), individually and on behalf of others similarly situated.

DORSEY & WHITNEY (DELAWARE) LLP

Dated:  March 27, 2025.

 /s/ *Alessandra Glorioso*
Alessandra Glorioso (#5757)
300 Delaware Avenue, Suite 101
Wilmington, DE 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail: glorioso.alessandra@dorsey.com

Theresa M. Bevilacqua (*Pro Hac Vice forthcoming*)
Ashley Repp (*Pro Hac Vice forthcoming*)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Email:  bevilacqua.theresa@dorsey.com
           repp.ashley@dorsey.com

*Attorneys for Defendant Bon Charge*

# CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2025 I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following:

> R. Grant Dick IV (#5123)
> COOCH AND TAYLOR P.A.
> 1000 N. West Street, Suite 1500
> Wilmington, DE 19801
> Telephone: 302-984-3800
> E-Mail: gdick@coochtaylor.com
> *Attorneys for Plaintiff and the Proposed Class*
>
> **OF COUNSEL**
> Yeremey O. Krivoshey (SBN 295032)
> SMITH KRIVOSHEY, PC
> (*pro hac vice* forthcoming)
> 166 Geary Str STE 1500-1507
> San Francisco, CA 94108
> Telephone: 415-839-7077
> Facsimile: (888) 410-0415
> E-Mail: yeremey@skclassactions.com
>
> Aleksandr "Sasha" Litvinov (SBN 95598)
> SMITH KRIVOSHEY, PC
> (*pro hac vice* forthcoming)
> 867 Boylston Street 5th Floor #1520
> Boston, MA 02116
> Telephone: 617-377-7404
> Facsimile: (888) 410-0415
> E-Mail: sasha@skclassactions.com
> *Attorneys for Plaintiff*
> *and the Proposed Class*

                                            */s/ Alessandra Glorioso*
                                            Alessandra Glorioso (#5757)