**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PHYLLIS KING, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BON CHARGE, an Australian company <br><br> Defendant. | Civil Action No. 1:25-cv-00105-RGA <br><br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

This _____ day of _____, 2025, having considered both parties briefs, evidence, and arguments,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is GRANTED.

Dated: _____, 2025

_____
Hon. Richard G. Andrews
United States District Court Judge