# EXHIBIT A

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 2 | 5672 | Bon Charge | 1267  5114 | INBOUND | Send this text to subscribe and get a 15 percent off coupon! (ref: BLUBLOXSAVE15 ) | 2/22/2021 1:01 |
| 3 | 5672 | Bon Charge | 1267  5114 | OUTBOUND | You've subscribed to BLUblox - msgs powered by Postscript. Msg & data rates may apply. Msgs are recurring. Reply STOP to unsubscribe | 2/22/2021 1:01 |
| 4 | 5672 | Bon Charge | 1267  5114 | OUTBOUND | BLUblox: Thanks for subscribing!<br><br>Here's your coupon for 15% off:<br><br>9RROSWJL<br><br>Shop below!<br><br>https://tiny.ps/F8Bw2 | 2/22/2021 1:01 |
| 5 | 5672 | Bon Charge | 1267  5114 | OUTBOUND | BLUblox: Hi<br><br>Welcome to the BLUblox VIP club! So glad you're here…<br><br>Use code 2LBSYPSY for 15% off your order - code automatically applied with this link<br><br>Redeem code and shop below<br><br>https://tiny.ps/F8HrJ<br><br>Love and Light<br><br>Andy, Katie and the team at BLUblox | 2/22/2021 1:02 |
| 6 | 5672 | Bon Charge | 1267  5114 | OUTBOUND | BLUblox: Thanks for subscribing! We'll text you here with VIP offers and other news. Shop here: https://tiny.ps/F8NGL Enjoy! | 2/22/2021 1:05 |
| 7 | 5672 | Bon Charge | 1267  5114 | OUTBOUND | BLUblox: Hi<br><br>Don't forget to use your 15% off code to save big at BLUblox. Optimal light awaits you with code: SLRWEGAF<br><br>https://tiny.ps/FiL1n | 2/23/2021 1:02 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 8 | 5672 | Bon Charge | 12675114 | OUTBOUND | BLUblox: Hi!<br><br>WA Labour Day Flash Sale<br><br>For 24 hours only!!<br><br>Spend up to $150 and save 20% with code LABOUR20<br><br>Spend over $200 and save 25% with code LABOUR25<br><br>Spend over $400 and save 30% with code LABOUR25<br><br>Shop below<br><br>https://tiny.ps/GruQo | 2/28/2021 22:50 |
| 9 | 5672 | Bon Charge | 12675114 | OUTBOUND | BLUblox: Hi!<br><br>WA Labour Day Flash Sale<br><br>LAST 6 HOURS!<br><br>Spend up to $150 and save 20% with code LABOUR20<br><br>Spend over $200 and save 25% with code LABOUR25<br><br>Spend over $400 and save 30% with code LABOUR25<br><br>Shop below<br><br>https://tiny.ps/GxG5Q | 3/1/2021 15:02 |
| 10 | 5672 | Bon Charge | 12675114 | OUTBOUND | BLUblox: Hi<br><br>15% off sitewide with code<br><br>ACRWBXCE<br><br>https://tiny.ps/HJGoo<br><br>Don't miss out!<br><br>Reply STOP to unsubscribe. | 3/8/2021 1:01 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 11 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Hi!<br><br>15% off sitewide ends today!<br><br>Use code 8FJC2AIM at checkout in the next 24 hours to save 15%!<br><br>https://tiny.ps/HX3rM | 3/9/2021 1:02 |
| 12 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: New Product Release!<br><br>Full Body right light therapy device, Hive Max, is here!<br><br>Zero flicker, low EMF and optimal light therapy!<br><br>Delivering over 100 mw/cm2 at 7.5cm (3 inches)<br><br>This could well be the world's most optimal red light therapy device<br><br>https://tiny.ps/luhFq | 3/12/2021 1:27 |
| 13 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Last few left already!<br><br>Full Body right light therapy device, Hive Max, is here!<br><br>Zero flicker, low EMF and optimal light therapy!<br><br>Delivering over 100 mw/cm2 at 7.5cm (3 inches)<br><br>This could well be the world's most optimal red light therapy device<br><br>https://tiny.ps/lvOJQ | 3/12/2021 13:11 |
| 14 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Hi! Imagine having more energy, better sleep and better health! The simple fix is BLUblox blue light glasses, REMedy sleep mask and our light devices<br><br>Grab some today at 15% off using code OPTIMAL and feel your best self<br><br>Everyone deserves to feel this good<br><br>https://tiny.ps/lWaWj | 3/14/2021 0:21 |
| 15 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: World Sleep Day SALE<br>17.5% OFF orders up to 200AUD<br>20% OFF orders over 200AUD<br>25% OFF orders over 300AUD<br>24hours ONLY<br>https://tiny.ps/KaDz2 | 3/19/2021 14:02 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 16 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Only 3 hours to go!<br>17.5% OFF orders up to 200AUD<br>20% OFF orders over 200AUD<br>25% OFF orders over 300AUD<br>Don't miss out<br>https://tiny.ps/KsVSm | 3/20/2021 12:01 |
| 17 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Hi<br><br>Flash Sale! Take 20% off your first order with the below code! Offer expires in 48 hours<br><br>6ZMQZX8Y<br><br>https://tiny.ps/LrwjJ | 3/25/2021 17:53 |
| 18 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Hi!<br><br>Our Flash Sale ends today!<br><br>Use code BBOPJMWH at checkout in the next 24 hours to save 20%!<br><br>https://tiny.ps/LIKBC | 3/26/2021 17:12 |
| 19 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Hi!<br><br>Take 20% off your next order at BLUblox, today only!!<br><br>Shop below<br><br>https://tiny.ps/M12Hc<br><br>Reply STOP to unsubscribe. | 3/27/2021 23:46 |
| 20 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Hi! Use code TODAY for 20% off your next BLUblox order<br><br>TODAY ONLY<br><br>Shop Below<br><br>https://tiny.ps/M15Tp | 3/27/2021 23:50 |
| 21 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Hi!<br><br>We are going to be running a 30% off 1 hour sale in the next 48 hours. Register for the exact time below<br><br>https://tiny.ps/NrmTP | 4/5/2021 15:02 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 22 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi!<br><br>Come check out our latest new product, Hive Demi!<br><br>Half body red light therapy panel with all the benefits of the larger panels!<br><br>Check it out below and secure yours today*<br><br>https://tiny.ps/SH09Z<br><br>*limited stock<br><br>Reply STOP to unsubscribe. | 5/3/2021 16:03 |
| 23 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi!<br><br>20% off sitewide this Mother's Day! Use code MOM20 for 20% off below:<br><br>https://tiny.ps/TPUwU<br><br>Reply STOP to unsubscribe. | 5/8/2021 20:56 |
| 24 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi<br><br>20% off Mother's Day sale ENDS TODAY! Use code MOM20 for 20% off<br><br>https://tiny.ps/U4lSh<br><br>Reply STOP to unsubscribe. | 5/9/2021 21:55 |
| 25 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! Come and experience better sleep, health and wellbeing with BLUblox.<br><br>Use code TWENTY for 20% off all orders<br><br>or<br><br>Use code TWENTY5 for 25% off orders over USD $250<br><br>Get better sleep and health by clicking below<br><br>https://tiny.ps/UYOau<br><br>Reply STOP to unsubscribe. | 5/14/2021 21:12 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 26 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Hi! Take 25% off your next BLUblox order in the next 24 hours!<br><br>Use code OPTIMAL25 for 25% off<br><br>https://tiny.ps/VwB4e<br><br>Hurry while stocks last<br><br>Reply STOP to unsubscribe. | 5/18/2021 3:45 |
| 27 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Hi!<br><br>Blurry vision, headaches, eye fatigue? Save your eyes from screens with BLUblox blue light blocking glasses for happier eyes.<br><br>Use code OPTIMAL25 for 25% off your first purchase<br><br>or<br><br>Save 30% when you spend over AUD $400 with code OPTIMAL30<br><br>Shop below:<br><br>https://tiny.ps/WFHvi<br><br>Reply STOP to unsubscribe. | 5/24/2021 2:45 |
| 28 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Hi!<br><br>Hive Max is now back in stock! Use code HIVEMAX20 for 20% off your new Hive Max Unit!<br><br>https://tiny.ps/10aw6V | 6/8/2021 3:32 |
| 29 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Our End of Financial Year Sale has just dropped. Save up to 30% off your favourite BLUblox products.<br><br>Shop below<br><br>https://tiny.ps/11mBIY | 6/14/2021 16:02 |
| 30 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Hi! Stock is selling out fast in our up to 30% off sale, dont miss out as once they are gone they are gone<br><br>shop at https://tiny.ps/11EF4A | 6/15/2021 23:23 |
| 31 | 5672 | Bon Charge | 1267█5114 | OUTBOUND | BLUblox: Hi! Stock is selling out fast in our up to 30% off sale. Do not miss out on your chance to save big. Shop below:<br><br>https://tiny.ps/11X1mj | 6/17/2021 0:47 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 32 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: Hi! Stock is selling out fast in our up to 30% off sale. Do not miss out on your chance to save big. Shop below:<br><br>https://tiny.ps/12azW8 | 6/18/2021 2:14 |
| 33 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: Have you shopped our massive up to 30% off sale yet? If not there is still time before stock sells out.<br><br>Shop below:<br><br>https://tiny.ps/137Cet | 6/21/2021 21:02 |
| 34 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: Hi! Now is the best time to join the BLUblox global community with savings of up to 30%<br><br>Get yours below:<br><br>https://tiny.ps/13FsPa | 6/23/2021 23:20 |
| 35 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: Hi! Only 2 days left to save up to 30%! Can you afford to miss this chance to save this big?<br><br>Shop here https://tiny.ps/14wPPK | 6/27/2021 21:02 |
| 36 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: Hi!<br><br>We notice you haven't purchased during the sale. Well, your day has just got better, use code EOFY30 for 30% off any order until end of today<br><br>Shop below:<br><br>https://tiny.ps/14YiaD<br><br> Reply STOP to unsubscribe. | 6/29/2021 21:02 |
| 37 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: Hi! Last 3 hours to save up to 30%. Sale ends in 3 hours! Hurry, shop below:<br><br>https://tiny.ps/154edW<br><br> Reply STOP to unsubscribe. | 6/30/2021 13:02 |
| 38 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: Hi!<br><br>BLUblox has just released a red clip on reading light called Lumi Clip Sleep+<br><br>Come check it out below<br><br>https://tiny.ps/18lZVq | 7/15/2021 2:20 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 39 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! Selected kid's computer glasses have been marked down by over 60% in time for back to school<br><br>https://tiny.ps/1cui1m<br><br>*limited stock | 8/3/2021 3:53 |
| 40 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi!<br><br>Hive Demi and Hive Max are now back in stock! Use code HIVE20 for 20% off<br><br>Shop here<br><br>https://tiny.ps/1cRVpQ | 8/5/2021 3:11 |
| 41 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi!<br><br>We have just released 3 new sleep masks! Organic Cotton and super lightweight. Come check them out below<br><br>https://tiny.ps/1dRMS8 | 8/10/2021 0:18 |
| 42 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! Price drop on Brooklyn frames by 17.5%. Use code OPTIMAL to save an extra 15%. Make your eyes happy with BLUblox<br><br>https://tiny.ps/1ePmnA | 8/14/2021 1:02 |
| 43 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Lennon style round lens BLUblox glasses are back, come check out our former best seller below:<br><br>https://tiny.ps/1inSnJ<br><br>Reply STOP to unsubscribe. | 8/30/2021 13:02 |
| 44 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Buy One Get One Free on Lumi Light Bulbs and Lumi Clip for Labor Day Weekend.<br><br>Use code BOGOLUMI<br><br>https://tiny.ps/1jmLyD<br><br>Reply STOP to unsubscribe. | 9/3/2021 1:51 |
| 45 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Check out newest on trend frame release! Meet Blaire...<br><br>https://tiny.ps/1jMxB6<br><br>Reply STOP to unsubscribe. | 9/3/2021 21:03 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 46 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! New product release! Meet REMedy Air, our lightest sleep mask yet! Shop below:<br><br>https://pscr.pt/1ozv7P<br><br>Reply STOP to unsubscribe. | 9/23/2021 22:02 |
| 47 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi!<br><br>Have you checked out Lumi Clip red reading light yet?<br><br>Read in bed without blue light glasses on with this epic attachable reading light!<br><br>Come check it out below<br><br>https://pscr.pt/1xl11c | 10/28/2021 22:29 |
| 48 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! New Red Light Therapy Panel has been released, meet Hive Super Max, full body panel!<br><br>https://pscr.pt/1yhMsN<br><br>Reply STOP to unsubscribe. | 11/1/2021 12:32 |
| 49 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Black Friday has started early at BLUblox. 25% off for a limited time. Code auto-applied<br><br>Shop below<br><br>https://pscr.pt/1D6WSo<br><br>Reply STOP to unsub. | 11/18/2021 16:02 |
| 50 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Black Friday Sale is still on, stock selling fast, save 25% off (code auto-applied at checkout)<br><br>https://pscr.pt/1EO2vB<br><br>Reply STOP to unsubscribe. | 11/22/2021 21:01 |
| 51 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Its Black Friday, grab yourself a bargain at BLUblox with massive savings site-wide!<br><br>https://pscr.pt/1G5Gbw<br><br>Reply STOP to unsubscribe. | 11/25/2021 19:01 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 52 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Cyber Monday Sale is now live! Save 25% site-wide. 48 hours left to save big at BLUblox!<br><br>https://pscr.pt/1J9nv9<br><br>Reply STOP to unsubscribe. | 11/28/2021 19:05 |
| 53 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! Save 20% site wide until 25 December, Use code XMAS20 at checkout and shop below<br><br>https://pscr.pt/1Mqopl<br><br>Reply STOP to unsubscribe. | 12/3/2021 13:02 |
| 54 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! Last chance to purchase for Christmas Delivery. Save 20% with code XMAS20<br><br>Shop https://pscr.pt/1QBd1a<br><br>Reply STOP to unsubscribe. | 12/15/2021 13:03 |
| 55 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Our Boxing Day Sale is Now Live - Save 25% site wide - Code auto-applied at checkout<br><br>Shop - https://pscr.pt/1TUyEW<br><br>Reply STOP to unsubscribe. | 12/25/2021 16:02 |
| 56 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! Come check out our latest and newest product. Our Deluxe Glasses Cleaning Wand.<br><br>https://pscr.pt/1UoQHF<br><br>Reply STOP to unsubscribe. | 12/27/2021 13:02 |
| 57 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Shopped our 25% off Boxing Day Sale yet? If not save 25% site wide until 1st January 2022<br><br>Shop - https://pscr.pt/1UGogu<br><br>Reply STOP to unsubscribe. | 12/28/2021 16:02 |
| 58 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Final day to save 25%, code auto-applied at checkout. Hurry, stock almost sold out<br><br>Shop https://pscr.pt/1VAC5I<br><br>Reply STOP to unsubscribe. | 12/31/2021 16:04 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 59 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: Final 3 hours to save 25%, code auto-applied at checkout. DON'T MISS OUT!<br><br>Shop https://pscr.pt/1W5GSd<br><br>Reply STOP to unsubscribe. | 1/1/2022 13:02 |
| 60 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: Hi<br><br>BLUblox has now moved into EMF management. Come check out our Anti-5G and EMF friendly new collection<br><br>https://pscr.pt/1WTTG7 | 1/4/2022 13:01 |
| 61 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: We have just released a new red light therapy device! Hive Bullet, the cheapest and most effective red light therapy product!<br><br>https://pscr.pt/1YNj27 | 1/11/2022 1:09 |
| 62 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: NEW PRODUCT! Come meet Lumi Lamp Sleep+, the ultimate sleep promoting portable red light lamp<br><br>https://pscr.pt/22QXP9<br><br>Reply STOP to unsubscribe. | 1/24/2022 21:02 |
| 63 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: Side sleepers rejoice! New product, REMedy Form sleep mask has just been released! 100% blackout!<br><br>Check it out below<br><br>https://pscr.pt/26zQb8 | 2/4/2022 21:02 |
| 64 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: Parker, Brooklyn, Tort and Wayfarer frames up to 30% off RRP with code OPTIMAL<br><br>Shop here<br><br>https://pscr.pt/2b3UFp<br><br>Reply STOP to unsubscribe. | 2/18/2022 13:01 |
| 65 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | BLUblox: Hi! Buy One Get One Free on all REMedy Sleep Masks. Use code BOGOREMEDY<br><br>24 HOURS ONLY<br><br>https://pscr.pt/2dvZM8<br><br>Reply STOP to unsubscribe. | 2/24/2022 22:24 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 66 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! 25% off site wide - next 24 hours ONLY to celebrate Aussie Labor Day 2022<br><br>Use code LABOR25<br><br>shop here https://pscr.pt/2gv1dp | 3/6/2022 2:15 |
| 67 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! Celebrate World Sleep Day with us and take 25% off sitewide. Sale ends in 24 hours! Code auto applied<br><br>Shop here https://pscr.pt/2kiOWu | 3/17/2022 16:05 |
| 68 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! New Product Drop! Come and check out our new Anti-Radiation Hats and Beanies below:<br><br>https://pscr.pt/2qWnJz<br><br> Reply STOP to unsubscribe. | 4/5/2022 12:32 |
| 69 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! Buy One, Get One Free on ALL BLUblox Lighting Products! Limited Time!<br><br>Use code BOGOLIGHTS at checkout<br><br>Shop - https://pscr.pt/2x6V1X | 4/22/2022 0:58 |
| 70 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Just in time for you, our newest release is here!<br><br>Come check out the Blue Light Blocking Torch<br><br>https://pscr.pt/2ylWt2<br><br> Reply STOP to unsubscribe. | 4/25/2022 13:03 |
| 71 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Latest Product Release: Come and meet the Low Blue Light Lamp. Daytime use, portable and a must have for everyone!<br><br>https://pscr.pt/2Cvip2 | 5/5/2022 17:03 |
| 72 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: New Frames on Sale! Crystal, Hudson, Morris! Save more when you code code OPTIMAL. Total Saving from RRP = 30% with code!<br><br>Shop https://pscr.pt/2I1LLP | 5/20/2022 16:05 |
| 73 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! We have biohacked sunglasses and just released them on our website. Come check them out just before summer!<br><br>https://pscr.pt/2MzUQ0 | 5/30/2022 16:09 |
| 74 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BLUblox: Hi! We have optimised sunglasses! Come check them out just before summer!<br><br>https://pscrpt.io/2P1mtG | 6/5/2022 13:02 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 75 | 5672 | Bon Charge | 12675114 | OUTBOUND | BON CHARGE (BLUblox): We have rebranded! Celebrate with us and shop our 25% off rebrand sale.<br><br>Shop https://pscrpt.io/2SYH05<br><br>Reply STOP to unsubscribe. | 6/15/2022 16:03 |
| 76 | 5672 | Bon Charge | 12675114 | OUTBOUND | BON CHARGE (BLUblox): Reminder to celebrate with us and shop our 25% off rebrand sale.<br><br>Shop https://pscrpt.io/2VphnN<br><br>Reply STOP to unsubscribe. | 6/21/2022 16:04 |
| 77 | 5672 | Bon Charge | 12675114 | OUTBOUND | BON CHARGE (BLUblox): Last few hours to save 25% off. Do not miss out on some epic wellness products to elevate your life.<br><br>https://pscrpt.io/2YR5Aj | 6/30/2022 16:04 |
| 78 | 5672 | Bon Charge | 12675114 | OUTBOUND | BON CHARGE (BLUblox): Hi! Check out whats on sale this month! Up to 50% off kids glasses, up to 30% off sleep mask, up to 15% off red light therapy, up to 10% off EMF and up to 25% off lighting. Use code OPTIMAL for an additional 15% off!<br><br>Shop - https://pscrpt.io/33MHC7<br><br>Reply STOP to unsubscribe. | 7/10/2022 0:03 |
| 79 | 5672 | Bon Charge | 12675114 | OUTBOUND | BON CHARGE (BLUblox): Cold Therapy has landed. Take a look at our new collection and see how cold therapy can help you!<br><br>Shop Now<br><br>https://pscrpt.io/34of3p | 7/12/2022 13:02 |
| 80 | 5672 | Bon Charge | 12675114 | OUTBOUND | BON CHARGE (BLUblox): New EMF Product Release!<br><br>Come and check out the EMF Protection Pillowcase below<br><br>https://pscrpt.io/3bYGPQ<br><br>Reply STOP to unsubscribe. | 7/30/2022 1:02 |
| 81 | 5672 | Bon Charge | 12675114 | OUTBOUND | BON CHARGE (BLUblox): Hi!<br><br>New EMF Radiation Protection x Cybersecurity product released! Check it out below!<br><br>https://pscrpt.io/3gOnuh | 8/11/2022 16:01 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 82 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BON CHARGE (BLUblox): Another new product from BON CHARGE! Check out our Infrared Sauna Blanket!<br><br>https://pscrpt.io/3iRllX<br><br>Reply STOP to unsubscribe | 8/16/2022 13:02 |
| 83 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BON CHARGE (BLUblox): Hi!<br><br>We have just launched a motion sensor red night light just for you!<br><br>Check it out here<br><br>https://pscrpt.io/3jJcDR | 8/18/2022 13:02 |
| 84 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BON CHARGE (BLUblox): 30% Off Black Friday Flash Sale NOW LIVE! 2 hours only, save 30% site wide.<br><br>Shop Here https://pscrpt.io/43aqAE<br><br>While stocks last! | 11/15/2022 20:58 |
| 85 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BON CHARGE (BLUblox): Save 25% site wide until 30th November during our Black Friday After Party Sale. Hurry don't miss out!<br><br>https://pscrpt.io/43QEmE | 11/16/2022 21:03 |
| 86 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BON CHARGE (BLUblox): Hi! Its Official, BLACK FRIDAY HAS LANDED! Save 25% sitewide TODAY!!<br><br>https://pscrpt.io/4amu95<br><br>Reply STOP to unsubscribe. | 11/24/2022 21:03 |
| 87 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BON CHARGE (BLUblox): Why stop shopping? Cyber Monday has landed. Save 25% off all products TODAY ONLY!<br><br>https://pscrpt.io/4fOAoZ<br><br>Reply STOP to unsubscribe. | 11/27/2022 17:04 |
| 88 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BON CHARGE (BLUblox): Last Call for mega savings. Doors are closing on our 25% off sale in 3 hours!<br><br>https://pscrpt.io/4kPllV<br><br>Reply STOP to unsub | 11/30/2022 13:03 |
| 89 | 5672 | Bon Charge | 1267___5114 | OUTBOUND | BON CHARGE (BLUblox): Hi! Mega savings to be had in our holiday sale. Check out the savings at https://pscrpt.io/4mYkV5<br><br>Reply STOP to unsubscribe. | 12/4/2022 17:03 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 90 | 5672 | Bon Charge | 12675114 | OUTBOUND | BON CHARGE (BLUblox): 20% off Holiday Sale is ending soon. Head to our website for last minute wellness gifts for all the family<br><br>https://pscrpt.io/4pz0eK | 12/9/2022 0:40 |
| 91 | 5672 | Bon Charge | 12675114 | OUTBOUND | BON CHARGE (BLUblox): Stock is selling out fast in our Holiday Sale. Check out before its too late<br><br>https://pscrpt.io/4qYRsk<br><br>Reply STOP to unsubscribe. | 12/11/2022 17:03 |
| 92 | 5672 | Bon Charge | 12675114 | OUTBOUND | BON CHARGE (BLUblox): Hi! Boxing Day Sale Now Live - Save 25% off sitewide today!<br><br>Shop - https://pscrpt.io/4z1GHN<br><br>Reply STOP to unsubscribe. | 12/25/2022 21:03 |
| 93 | 5672 | Bon Charge | 12675114 | OUTBOUND | BON CHARGE (BLUblox): Hi! Last Call to Save 25% Sitewide - Sale ends in 3 hours... Hurry! Don't Miss Out!<br><br>https://pscrpt.io/4D3HFm | 1/2/2023 15:03 |
| 94 | 5672 | Bon Charge | 12675114 | OUTBOUND | BON CHARGE (BLUblox): Hi! Keep warm, burn calories and help detox with 20% off your very own Sauna Blanket!<br><br>Use code BLANKET20 at checkout!<br><br>That's $140 off!<br><br>https://pscrpt.io/527RD0<br><br>Hurry, limited stock available at this price!<br><br>Reply STOP to unsubscribe. | 2/23/2023 22:35 |
| 95 | 5672 | Bon Charge | 12675114 | OUTBOUND | Bon Charge: 25% off site-wide sale is now live. Celebrate world sleep day and save 25%<br><br>Shop https://pscrpt.io/5c7mtJ<br><br>Reply STOP to unsubscribe. | 3/16/2023 16:02 |
| 96 | 5672 | Bon Charge | 12675114 | OUTBOUND | Bon Charge: 25% off site-wide sale is now live. Celebrate Easter and save 25%<br><br>Shop https://pscrpt.io/5nwqpI<br><br>Reply STOP to unsubscribe. | 4/7/2023 16:03 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 97 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: 25% off site-wide sale end in 3 hours. Celebrate Easter and save 25%<br><br>Shop https://pscrpt.io/5p5PNw<br><br>Reply STOP to unsubscribe. | 4/10/2023 13:03 |
| 98 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: We have released a new Harmonising Bracelet in silver and made it more slimline.<br>Check it out below:<br><br>https://pscrpt.io/5rf3GP<br><br>STOP to unsub | 4/14/2023 16:03 |
| 99 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: New product launch!<br><br>Come check out the incredible power of our Red Light Face Mask<br><br>https://pscrpt.io/5yKghG<br><br>Reply STOP to unsubscribe. | 4/28/2023 15:33 |
| 100 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: New product launch!<br><br>Come check out the incredible power of our Infrared PEMF Mat<br><br>https://pscrpt.io/5Mt8Ap<br><br>Reply STOP to unsubscribe. | 5/24/2023 13:03 |
| 101 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: Hi! 25% off sitewide Mid Year Sale is now live. Hurry while stocks last<br><br>Shop here https://pscrpt.io/5ZK9Yl<br><br>Reply STOP to unsubscribe. | 6/15/2023 17:03 |
| 102 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: 25% off sitewide Mid Year Sale is still live. Stock is starting to sell out...<br><br>Shop here https://pscrpt.io/6268l7<br><br>Reply STOP to unsubscribe. | 6/19/2023 17:03 |
| 103 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: Your favorite BON CHARGE items are almost sold out. Grab them before the 25% off sale ends.<br><br>https://pscrpt.io/65PFwn<br><br>Reply STOP to unsubscribe. | 6/26/2023 17:03 |
| 104 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: Celebrate the 4th of July with us and save 25% off your order<br><br>Shop here https://pscrpt.io/6bcOpi<br><br>Reply STOP to unsubscribe. | 7/4/2023 17:03 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 105 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: LAST 24 HOURS TO SAVE 25%!!!<br><br>SHOP HERE<br><br>https://pscrpt.io/6cV2aw<br><br>Reply STOP to unsubscribe. | 7/7/2023 17:03 |
| 106 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: Hi! Labor Day Sale is now live. Save 25% off sitewide this long weekend.<br><br>Shop here https://pscrpt.io/6H06TI<br><br>Reply STOP to unsubscribe. | 8/31/2023 12:03 |
| 107 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: Hi! Final Call! Labor Day Sale ends in 6 hours. Save 25% site wide by visiting:<br><br>https://pscrpt.io/6KjqPu<br><br>Reply STOP to unsubscribe. | 9/4/2023 12:03 |
| 108 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: New Product Alert! Red Light Neck and Chest Mask has landed!<br><br>Get yours today in our initial limited release.<br><br>Shop Here: https://pscrpt.io/76uyqx | 10/13/2023 13:03 |
| 109 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: Hi! Check out our latest new product: Full Spectrum Lamp!<br><br>Shop Here - https://pscrpt.io/7efcmf<br><br>Reply STOP to unsubscribe. | 10/27/2023 13:03 |
| 110 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: Hi! Our Black Friday Sale is now live. Save 25% sitewide by shopping the link below:<br><br>https://pscrpt.io/7qEbdw<br><br>Reply STOP to unsubscribe. | 11/15/2023 15:03 |
| 111 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: Hi! Black Friday is here! Shop wellness bargains at 25% off this weekend only!<br><br>Shop https://pscrpt.io/7zFhDx<br><br>Reply STOP to unsubscribe. | 11/24/2023 15:03 |
| 112 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: Our Holiday sale is live. Save 25% off last minute gifts for you and your loved ones.<br><br>Shop - https://pscrpt.io/7PeVsI<br><br>Reply STOP to unsubscribe. | 12/6/2023 15:03 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 113 | 5672 | Bon Charge | 1267▉5114 | OUTBOUND | Bon Charge: Hi! New Product Released! Reverse the signs of aging with our new Red Light Face Wand!<br><br>Shop here - https://pscrpt.io/8CZ9Wi/cMEwgK | 2/23/2024 16:03 |
| 114 | 5672 | Bon Charge | 1267▉5114 | OUTBOUND | Bon Charge: New Product Releases! Come check out our newest PEMF Mats to meet every need!<br><br>https://pscrpt.io/8EzAww/cMEwg9<br><br>Reply STOP to unsubscribe. | 2/28/2024 3:31 |
| 115 | 5672 | Bon Charge | 1267▉5114 | OUTBOUND | Bon Charge: Hi! Save 25% sitewide this Easter Long Weekend!<br><br>Shop here https://pscrpt.io/8INljY/cMEwgw<br><br>Reply STOP to unsubscribe. | 3/28/2024 16:03 |
| 116 | 5672 | Bon Charge | 1267▉5114 | OUTBOUND | Bon Charge: Hi! Last 24 hours to save 25% this Easter Long Weekend at BON CHARGE.<br><br>Save here - https://pscrpt.io/8INlmm/cMEwgT<br><br>Reply STOP to unsub | 3/31/2024 16:03 |
| 117 | 5672 | Bon Charge | 1267▉5114 | OUTBOUND | Bon Charge: Hi!<br><br>Our products are now HSA/FSA eligible!<br><br>Just follow these 4 simple steps!<br><br>Step 1: Checkout with your normal payment method (not your HSA/FSA).<br><br>Step 2: Complete a short health survey for review.<br><br>Step 3: Submit your receipt and Letter of Medical Necessity to your HSA/FSA administrator for reimbursement.<br><br>Step 4: Get reimbursed from your pre-tax HSA/FSA and enjoy spending pre-tax money<br><br>Shop and Save here - https://pscrpt.io/8Qe3ze/cMEwgy | 4/16/2024 13:03 |
| 118 | 5672 | Bon Charge | 1267▉5114 | OUTBOUND | Bon Charge: Hi! Mid Year Sale Now Live! Save 25% off sitewide.... while stocks last!<br><br>Shop https://pscrpt.io/8UrxlT/cMEwgr | 6/19/2024 21:03 |
| 119 | 5672 | Bon Charge | 1267▉5114 | OUTBOUND | Bon Charge: Hi! Celebrate this 4th July with 25% off sitewide at BON CHARGE<br>https://pscrpt.io/8Urxpv/cMEwg3<br><br>Hurry while stocks last! | 7/3/2024 21:03 |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | SHOP_ID | SHOP_NAME | PHONE_NUMBER | MESSAGE_DIRECTION | MESSAGE_TEXT | CREATED_AT |
| 120 | 5672 | Bon Charge | 1267███5114 | OUTBOUND | Bon Charge: Hi! Last Chance to Save 25% off Sitewide. Sale ends in 24 hours!  Shop - https://pscrpt.io/8Urxvu/cMEwg8 | 7/11/2024 16:03 |

Case 2:25-cv-00105-UNA   Document 1-4   Filed 01/24/25   Page 2 of 3 PageID #: 68

‹ **8552793076** ›

Text Message
Thu, Aug 29 at 12:05 PM

Bon Charge: Our 25% off Labor Day sale is NOW LIVE.

Shop the sale here https://klo7.io/35xyEXkw

Text STOP to opt-out

Sun, Sep 1 at 2:49 PM

Bon Charge: Hurry! Last 24 hours to save 25% this Labor Day sale

Shop here https://klo7.io/38WF8NBC

This is your last chance to save!

Text STOP to opt-out

Text Message

Case 2:25-cv-00105-UNA    Document 1    Filed 01/24/25    Page 3 of 3 PageID #: 4

< 8552793076 >

Labor Day sale

Shop here https://klo7.io/38WF8NBC

This is your last chance to save!

Text STOP to opt-out

Tue, Sep 17 at 3:35 AM

Bon Charge: BREAKING: New Product Release!!

Check out the latest wellness tech device from BON CHARGE here https://kla5.io/c4GxbC

Text STOP to opt-out

The sender is not in your contact list.

**Report Junk**

Text Message