# **EXHIBIT B**

boncharge_



♡ 1,549   💬 4   ✈ 3

**boncharge_** Exciting News!
We are thrilled to have joined @erewhon

Erewhon Collective Members can now access exclusive BON CHARGE deals, events and more, all from the Erewhon App.

October 3, 2024