# EXHIBIT C

← **katiemant_** ✔



**Katie Mant**

| **963** | **138K** | **1,066** |
|---|---|---|
| posts | followers | following |

Co-Founder @boncharge_ Wellness & Beauty
40 under 40 winner 2024
@forbes... more
🔗 boncharge.com

| Follow | Message | Email |  |
|---|---|---|---|

            

| Events | Press | Talks | Ritz Paris | Lon |

        



            



Events   March 14   Follow

club mello

RED LIGHT
BREATHWORK
CLASS

HOSTED BY

HYPERLUXE

&

BON CHARGE

@boncharge_
@hyperluxe_
@club.mello

Message   



11:36 91%

Events March 14 Follow

Red Light
Meditation

@boncharge_
X
@hyperluxe_

@club.mello

Message



**Press** · March 14, 2024 · Follow

*My interview with Daily Express UK went out today all about our @boncharge_ Infrared Sauna Blanket*



Daily Express Thursday, March 14, 2024 · 33

# expressyourself

Get in touch!
express.yourself@express.co.uk

Edited by HANNAH BRITT

The ice-bath age could be over, with a wave of innovative new heat therapies designed to boost your mood and wellbeing

# Hottest word in therapy





Step aside ice baths and swim over cold water swimming – the mercury is rising thanks to a new wellbeing trend involving hi-tech heat therapies.

From pop-up community saunas to infrared blankets and heated skin-toning gadgets, hotting things up not only encourages our bodies to release toxins, but it can help tackle everything from aches and pains to water retention and arthritis too.

And the heat news? Heat therapies are designed to relax you and provide that all-important endorphin boost – without the need to plunge into freezing water.

Yet according to Katie Brachot, vice-chairperson at the British Sauna Society (@saunasociety.org.uk), many of us aren't aware of the long-term benefits of regular heat therapy.

"High heat environments like saunas can lead to an increased heart rate and widen the blood vessels, similar to the effects of moderate exercise. This can help improve cardiovascular health," she says.

"Heat also helps relieve muscular tension and pain, promoting relaxation and reducing stress levels."

Here's how to heat things up...

## COMMUNITY SAUNAS

You no longer need a gym or spa membership to use a sauna. Thanks to the British Sauna Society, mobile community saunas are popping up in coastal locations around the UK – everywhere from Portland to Seasalt. They have become so popular, they're doubling in number, year on year.

"We now have over 30 saunas around the UK coastline and many more in the pipeline, making saunas more accessible than ever before," says Katie.

If you're unsure how to get the most from a community sauna, Katie says: "Aim to put your body through heating and cooling cycles to really feel the benefits.

"Start with three cycles of 10-15 minutes, leaving 10-15 minutes to

> It can improve circulation, reduce inflammation and increase metabolism

cool down between each. Eat a snack afterwards, something salty and sweet to replenish what you've sweated out. Drink plenty of water before and after too."

You can find your nearest public sauna at britishsaunasociety.org.uk

## INFRARED ALERT

If you're not keen on getting seriously sweaty, the latest hi-tech saunas use infrared technology to encourage heat to penetrate deep within the body rather than making you outwardly perspire.

Dr Matthew Calcasola, chief medical officer at wellbeing and diagnostics company Get A Drip (getadrip.com), which has recently started offering infrared sauna treatments, says: "As infrared sauna is great for improving circulation, reducing inflammation, lowering blood pressure and can even help increase metabolism.

"After a workout, it can help decrease muscle soreness by as much as 47 per cent within just 24 hours because infrared heat encourages blood vessels to open, promoting

muscle relaxation and delivering nutrients to tired muscles. Yet it's possible you might not even start sweating until the end."

If you're new to infrared, Dr Calcasola recommends starting with one 20-minute session a week, then building up to three or four times a week, for up to 45 minutes.

## WRINKLE REHAB

Skin gadgets can have complexions rejuvenating and skin-toning benefits. Magnitone's new Face Rocket device, £149 (magnitone.co.uk), is a hand-held gadget you can use at home, which uses radiofrequency technology to heat both the skin's surface and deeper skin layers to 43C.

The result? A tightening effect that's clinically proven to improve skin firmness by 29 per cent. Great news if you suffer from jowls or skin laxity around the jawline and cheeks.

## GET STEAMY

If you suffer from nasal congestion or skin conditions such as blocked

pores, wet heat therapy in a steam room might help.

Katie says: "Steam rooms aren't as hot as saunas so don't have the same intense heat effects on the body as dry heat, instead they work more as a surface level, helping to encourage pores to open.

"Steam rooms that feature aromatherapy can work to decongest the lungs and nose and can promote relaxation too."

You can reap the benefits at home



too by gently steaming your face over a bowl of piping hot water. Simply place your face over the bowl, and pop a towel over your head and neck to trap the steam.

## BOIL IN A BAG

For the ultimate in convenience, sauna blankets let you reap the

benefits of infrared heat therapy without leaving the house.

"Sauna blankets have quickly become one of our top selling products over the past 12 months due to the increased popularity of at-home heat therapy," says Kabir Mant, co-founder of wellness company Bon Charge.

"Because sauna blankets directly heat the body, rather than the air around you like a traditional sauna, you can reach a sweat very quickly, so it's a great timesaver.

"Stepping into one helps to boost circulation and help release excess water weight. Spending time in the blanket helps muscles to relax and the body to unwind too, which can aid better sleep."



The Bon Charge Sauna Blanket, costs £549 (uk.boncharge.com)

## HOT WORKOUT

Exercising in a hot environment might seem counterintuitive, but combining a workout with heat therapy can help improve muscle and joint flexibility.

For yoga, for example, where a yoga class is taught in a heated room, is a great way to work up a sweat and improve flexibility.

"You get some of the benefits of heat exposure, but it's not quite the same intense heat you'd experience in a sauna," explains Katie.

If you're keen to try a hot workout but are wondering how you'll cope in the heat, Trnyga offers infrared hot yoga classes in studios heated between 30-38C, so you can find a heat level that's comfortable for you. Visit trnyga.co.uk for more information.

## MASSAGE THERAPY

Prefer winding down to working out? Heat therapy massages, which use hot tools such as lava stones, shells or ceramic pods, are a great place for you to start.

They are designed to apply a source of gentle, localised but direct heat to specific areas to loosen and relax knotted, tired muscles and tense shoulders.

Techniques like Alovaterra massage use different sized heated ceramic pods to deliver continuous heat and pressure to your muscles during treatment. They can be used on the face to release jaw tension.

Visit trntwell.co.uk to find a local hot stone massage, or snap up the DIY Pamper Me Hot Stone Massage Kit, £6 (Hobbycraft), to have a go at home.

COMPILED BY BETHAN KING

  

Send message

 

 **Press** July 11, 2024   [ Follow ]   ⋮

 Thursday **11 July 2024**    **NEWS**

# Best infrared sauna blanket in Australia: BON CHARGE experiences record-breaking sales since launch

Get ready to sweat in the comfort of your own home.

## Well this was nice to receive today

 By Matilda Rudd

    

Message   ⬚  ♡  ✈





Press  July 29, 2024  Follow

Forbes

🔗 Read my forbes article

Message

  

  

  

  

← **Posts** 

Follow

 **katiemant_** ✓
Belgravia ⋮



1/7

♡ 1,577 💬 43 ➤ 🔖

**katiemant_** A few highlights from the recent talk I did at
@genevivclinic on red light therapy to an intimate group of
London media and influencers in partnership with
@wellnessinvites

It was my absolute pleasure to spend the morning with you
and share some knowledge on the profound benefits of red
light therapy not just on skin but on wellness, vitality and
longevity

January 27

🏠 🔍 ⊞ ▶ 

← **katiemant_** ✔   | Follow |



Follow

 **mumbleforum** and 2 others
Tramp

⋮



♡ 1,685   💬 17   ◁ 5   🔖

**mumbleforum** We are thrilled to kickstart our Fireside Chat series next Tuesday with an Empower Wellness even… more

January 17

**katiemant_** ✔
Monmatre Paris



1/2



**Andrew Mant**

| **1,003** | **32.5K** | **165** |
|---|---|---|
| posts | followers | following |

💡 Co-founder @boncharge_
🏆 40 Under 40 Winner
🏆 APAC CEO of the Year
🏆 Top 50 Australian Leaders Award
🔗 boncharge.com/

| Follow | Message |  |
|---|---|---|

    

Press   Thailand   London   Paris   Claridg

⚏     ▶     👤

  

  

UNLOCKING THE POWER OF
BIOHACKING YOUR





boncharge_ and iamandymant
♪ Adam Griffith · Fight Or Flight

❤ 10.8K  💬 58  ◁ 164






3:01

 Acc... Learn from Follow

**Thank you for featuring us!**


The National



But it is the at home recovery and maintenance solutions offering new consumer options.

One of those is red light therapy (RLT), a restorative treatment that can relieve soreness, joint and muscle pain as well as add cosmetic improvements to skin health.

Bon Charge is an Australian based company looking to expand into the Middle East and capitalise on demand, and has developed a range of products from infrared sauna blankets, to blue light blocking specs and RLT devices.

"There are two major factors in red light therapy going into the home," said Andy Mant, who established the company with his wife, Katie.

"Number one was, was the pandemic.

 Read more

Message

 **Press** August 5, 2024 Follow

# Featured on @fox5dc



nataliestrahorn

@boncharge_ @fox5dc

thanks to @nataliestrahorn and @annniemae

Message

 **Press** October 12, 2024 Follow

# Ermmmm did Kris Jenner just feature us on her story?



krisjenner ● 8h ✕

Thank you @poosh @kourtneykardash

**2 of our products**

Message

  

 **Press** November 1, 2024 Follow

I've been minifesting this moment for so long and here it is.
@steven recommending
BON CHARGE on Diary of a CEO



...

"Me and my partner are quite obsessed" .......

Steven Bartlett

 **The Diary Of A CEO** 7.87M Subscribe

 katiemant_ Pinch me

Message   



A DREAM to interview you @katiemant_ from @boncharge_ today, thank you for sharing so openly about your business journey 🙏

  



11:38

Ritz Paris · January 9
Sugartapes · Romantic

Follow

Ritz Paris

Ritz Paris

@ritzparis

Message



11:38    91%

Ritz Paris · January 9    Follow

@ritzparis

Message



**London 25** January 4

Follow

Christ Church, Oxford

Message



Less than 24 hours back in London and Katia Russianofski is already back



11:40 90%

London 24, December 18, 2024 Follow

Been awake since 2.30am jet lagged and now I have 2 meetings to go do

Message






**London 24** December 22, 2024

Follow

Morning London

South Kensington

Message



**London 24** December 22, 2024

Follow

HitsLab • Elevator Music Backgro...

@iamandymant

Message



**London 24** December 22, 2024 Follow

Venturing out of London

Message





Seychelles November 23, 2024 Follow

And we're off

Message



Message











South Africa 2 · October 8, 2024

CKay · nwayi

Follow

*Every day we have been lucky enough to have a private sun rise and sunset game drive*

@iamandymant

Message









📍 PARK HYATT AUCKLAND

Arrived in Auckland and waiting for our room to be ready so what else is there to do other than drink Champagne?

Send message   







**Santa Monica** July 16, 2023   Follow

So Californian

Message





**Grand Cayman** July 11, 2023
Calypso Party • Island Paradise

Follow

Hello Grand Cayman

Send message

  









Raw dogging it in economy for the Bangkok/Phuket Leg

Fasten seat belt while seated          Life vest under your sea

Message