**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PHYLLIS KING, on behalf of herself and others similarly situated, | |
| Plaintiff, | Civil Action No. 1:25-cv-00105-RGA |
| v. | |
| BON CHARGE, an Australian company | JURY TRIAL DEMANDED |
| Defendant. | |

**DECLARATION OF ANDY MANT IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

I, Andy Mant, state and declare as follows:

1.      I am the founder and Chief Executive Officer of Bon Charge. I submit this Declaration in support of Defendant's Motion to Dismiss. I have personal knowledge of the facts and matters set forth in this declaration and, if compelled to testify, I could competently testify thereto.

2.      I am a citizen of Australia and reside with my wife, Katie Mant, in Dalkeith, Australia.  Dalkeith is a suburb of Perth, Australia. The region where we reside is generally referred to as W.A. or Western Australia.  Western Australia, and Perth in particular, is generally considered the most isolated metropolitan area on earth, with the next closest city being approximately over 2000 kilometers away.

3.      In 2017, I started the company that is today called Bon Charge. My wife and I are very committed to wellness and healthy living and to helping others achieve healthier living. The first product we launched were science-backed Blue Light Blocking Glasses to help people optimize sleep. I named the company BluBlox and it operated under that name until June 2022.

4.     The initial product was successful and allowed us to expand our product line to include low EMF Red Light Therapy devices and Black Out Sleep Masks.

5.     During the global COVID-19 Pandemic, my wife and I left our other jobs and focused all of our efforts into Bon Charge. We further expanded the wellness product range we offered to consumers and, in essence, ran the business from our home in Western Australia. We continue to run Bon Charge from Perth, Australia.

6.     In June 2022, we chose to re-brand the company from BluBlox to Bon Charge to better demonstrate with how the company had grown, reflect our expanded and evolving product lines, and align with our mission to make premium, science-backed products that help users enhance every aspect of their well-being. While we are working to expand our footprint, Bon Charge is not yet well-established.

7.     Bon Charge does not have and has never had any physical presence in the United States of America. Bon Charge does not have a registered agent for process in any State within the United States and is not registered to do business with any State in the United States. Bon Charge does not manufacture any of its products in the United States. Bon Charge has no bank accounts or any other assets or holdings within the United States.

8.     Bon Charge is solely an e-commerce business as it relates to engaging with potential customers and subscribers in the United States. While the company does run certain sale promotions, promotions geared toward national holidays, for example the Fourth of July and Black Friday, can be accessed by buyers in global market, not just those from one particular country or state within a country. To be clear, Bon Charge has never directed marketing or advertising specifically to Delaware and it has not run any special promotions for potential customers or subscribers in Delaware.

4919-4329-1449\2

9.      As the founder and CEO of a small, family-run company, I oversee all of Bon Charge's operations and management and am heavily involved in the day-to-day activities of the company. Part of being an e-commerce business means I also rely heavily on business partners and vendors to automate certain functions and provide certain key services for Bon Charge.

10.      One key service Bon Charge contracts for an SMS marketing platform. An SMS (text) marketing platform allows on-line retailers to communicate with customers and potential customers through text messaging to help drive interest in products, sales, and revenue.

11.      Bon Charge has used two SMS marketing platform providers, Postscript iO and Klaviyo. PostScripts iO and Klaviyo send SMS text messages to telephone numbers that have subscribed to receive company communications from Bon Charge. Neither of these companies are authorized to do business, accept service, or otherwise act as an agent on behalf of Bon Charge.

12.      Bon Charge never buys or sells consumer telephone numbers and does not directly solicit consumers anywhere. Bon Charge has never dialed random numbers or numbers from a purchased list. It has been Bon Charge's policy from its inception that the company will only respond to texts after a consumer has opted-in and consented to receiving messages from Bon Charge.

13.      Bon Charge engages with consumers primarily through its own website and through advertisements on Meta platforms such as Facebook and Instagram. Once on Bon Charge's website, potential customers can request additional information from Bon Charge, including promotional discount codes or regular company communications, by opting in as a subscriber. Subscribers can opt-in on Bon Charge's website using an email address, they can also text keywords from their mobile phone, enter a code and their mobile number on Bon Charge's

website, or place an order and subscribe to company communications through the check-out process.

14.    Bon Charge does not use an automated dialing system to spam text or call any person, in any country. Bon Charge only communicates with telephone numbers that have subscribed by one of the methods. All SMS messages are actually sent by the contracted SMS marketing provider.

15.    Because Bon Charge is small, it does not have a self-sustained global network to facilitate payment processing for purchases on a global scale. Instead, Bon Charge uses a company called Reach as a Merchant of Record to process payments when a purchaser buys from Bon Charge's website. Depending on where the Bon Charge purchase is being made and the currency the purchase is in, Reach will use its own subdivisions to facilitate payment processing. Neither Reach, nor its subdivisions, are authorized to do business, accept service, or otherwise act as an agent on behalf of Bon Charge.

16.    Bon Charge has a limited marketing budget and accepts applications from social media influencers who want to promote Bon Charge through their social media accounts as "Ambassadors." This is a low-cost, low-commitment way for Bon Charge to promote its products while providing the Ambassador with product discounts and a small commission. Bon Charge does not have any Delaware resident Ambassadors, nor any Ambassadors that specifically promote products to Delaware residents. None of the Ambassadors are allowed to conduct business, accept service, or otherwise act as agents on behalf of Bon Charge.

17.    Bon Charge has collaborated with other small wellness companies in the U.S., including Erewhon and Truemed, to increase Bon Charge's visibility without significant marketing investment. As part of this collaboration, Erewhon has referenced Bon Charge in social media

posts, and Truemed includes links to FSA/HAS qualifying Bon Charge products. None of these companies are authorized to conduct business, accept service, or otherwise act as agents on behalf of Bon Charge.

18.     From 2020 through July 2024, Bon Charge used Postscript iO as its SMS marketing platform provider. In August 2024, Bon Charge transitioned its provider to Klaviyo.

19.     Even though Bon Charge no longer uses Postscript iO as its provider, I still have access to Bon Charge key metrics and information through Postscript's customer portal. However, I do not have access to all information about any individual subscriber.

20.     When I was contacted by Plaintiff's counsel about text messages she received from Bon Charge, I accessed the Postscript customer portal and obtained some key information. For example, I observed that Ms. King subscribed by sending a text message containing a keyword on February 22, 2021 and that the last text sent to Ms. King was sent on July 11, 2024. To get further detail of all messages sent and to confirm Ms. King's number initiated the messaging, I requested additional detail from Postscript iO.

21.     Attached as Exhibit A is a true and correct copy of the log I received from Postscript iO for all messages to or from Ms. King's mobile number for as long as Postscript provided SMS messaging services to Bon Charge. Ms. King texted "Send this text to subscribe and get a 15 percent off coupon! (ref: BLUBLOXSAVE15)" on February 22, 2021 at 1:01 AM (UTC time). Understanding how my contracted SMS platform and own website operate, it appears Ms. King entered more than the keyword "BLUBLOXSAVE15" and likely copied and pasted from the Bon Charge website into her mobile phone text messaging app.

22.     Almost immediately, Postscript iO texted confirmation to Ms. King, confirming she subscribed, standard message and data rates may apply, messages are recurring and text STOP

to unsubscribe. There are approximately 118 messages sent to Ms. King's mobile number from February 2021 until July 2024 when Bon Charge switched SMS providers.

23.    Bon Charge, through Postscript iO sent a text message to all subscribers, including Ms. King, in June 2022 announcing its rebrand from BluBlox to Bon Charge. Several messages in a row contained the rebrand information so subscribers would be more likely to identify the rebrand.

24.    I have reviewed Bon Charge's sales and shipping data and can confirm Ms. King did not make any purchases from Bon Charge to the best of my knowledge. I can also confirm Bon Charge did not ship any products to Ms. King's Delaware address.

25.    Since receiving the threat of this lawsuit, I have assured Ms. King's mobile number will not receive any additional text messages in three different ways. First, after receiving a letter from Ms. King's attorneys threatening litigation, I immediately and manually "removed" Ms. King's number from the Postscript subscriber list via the customer portal. To be clear the data still exists with PostScript, but Ms. King's number in my Postscript client-facing portal now shows as a manual "opt out" or "unsubscribed". Second, I manually removed Ms. King's number from the Klaviyo subscriber list.   Third, I have confirmed Ms. King's number received no direct communications from Bon Charge itself by reviewing company records, and ensured she is permanently removed from any and all subscriber lists on all platforms, permanently.

26.    My wife and I have travelled to the United States before as tourists to celebrate our wedding anniversary, where were primarily visited Los Angeles, California and Miami, Florida. Neither of us have never been to Delaware.

27.    Defending against this case will be a significant financial, emotional, and time-consuming burden on me, my wife, and our company. Any trip to the United States of America,

specifically Delaware, would require several long-haul flights, both ways, thousands of dollars in travel expenses, significant time away from hands-on management of Bon Charge, and take a tremendous physical toll traveling through significant time-zone changes. Perth is 13 hours ahead of Delaware.

28.     I have also tried to be respectful of all Bon Charge customers and subscribers' privacy and attempted in good faith to have Bon Charge comply with various SMS texting policies on a worldwide basis. Given the possibility that a class action lawsuit with potential multi-million dollar damages claims could force my business to close, I have already lost sleep, incurred significant legal costs, and attended conferences and mediations during normal "sleeping" hours in Perth in order to defend my company from nothing more than standard SMS messaging practice in e-commerce.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this _23_ day of April, 2025, in _PERTH_, Australia.

Dated: April _23_, 2025.

_____
Andy Mant

4919-4329-1449\1