## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PHYLLIS KING, on behalf of herself and     :
others similarly situated,     :
    :
      Plaintiff,     :
    :    CASE NO. 1:25-cv-00105-RGA
v.     :
    :
BON CHARGE, an Australian company.     :
    :
      Defendant.     :
    :
_____/

## DECLARATION OF YEREMEY O. KRIVOSHEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, Yeremey O. Krivoshey, declare as follows:

1.      I am an attorney at law licensed to practice in the State of California. I am a founding partner at Smith Krivoshey, PC, counsel for Plaintiff Phyllis King ("Plaintiff") in King v. Bon Charge, Case No. 1:25-cv-00105-RGA, pending in this Court. I have personal knowledge of the facts set forth herein

2.      As is readily apparent from a call log Defendant produced in this litigation, Defendant sends U.S. consumers targeted, U.S.-specific telemarketing text messages, including text messages for Labor Day, 4th of July, and Thanksgiving/Black Friday sales. Attached as **Exhibit A** is a true and correct copy of the call log Defendant filed as ECF No. 16-1.

3.      Defendant directs telemarketing text messages to U.S. consumers promoting the HSA and FSA eligibility of its products, including instructions for how US consumers can "get reimbursed from [their] pre-tax HSA/FSA and enjoy spending pre-tax money" on Defendant's products. *See id*.

1

4.    Defendant's website has a landing page dedicated to helping U.S. consumers "save with [their] HAS/FSA funds... in partnership with Truemed." Attached as **Exhibit B** is a true and correct copy of Defendant's web page at https://boncharge.com/pages/hsa-fsa?srsltid=AfmBOoqqA8Cmx-4nQgTvYY1XJ2ZNtG-HbqlDcqIRkf0HnB2kR3j5vPde. Defendant advertises it has "teamed up with Truemed to make [] wellness products eligible for Health Savings Account (HSA) or Flexible Spending Account (FSA) funds." *Id*. On the same page, Defendant states, "Unfortunately, Truemed is currently only available in the United States," confirming that Defendant specifically targets the U.S. market. *Id*.

5.    Defendant contracts with Truemed to provide U.S. consumers with letters of medical necessity from individual licensed practitioners to facilitate U.S. consumers' ability to use their HSA/FSA funds on Defendant's wellness products. Attached as **Exhibit C** is a true and correct copy of Defendant's web page at https://boncharge.com/pages/hsa-fsa?srsltid=AfmBOoqqA8Cmx-4nQgTvYY1XJ2ZNtG-HbqlDcqIRkf0HnB2kR3j5vPde. Truemed—formally True Medicine, Inc.—is an active Delaware corporation with a registered agent in Wilmington, Delaware. Attached as **Exhibit D** is a true and correct copy of the Delaware Secretary of State's search results page for the entity True Medicine, Inc.

6.    Defendant has registered some of its products with the U.S. Food and Drug Administration. Attached as **Exhibit E** are true and correct copies of the web pages at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfRL/rl.cfm?rid=281336 and https://fda.report/Company/Blublox-Pty-L-T-D#google_vignette.

7.    Defendant's website FAQs advertise to U.S. consumers that "[a]ll our Red Light Therapy Devices are registered with the FDA" and "[o]ur Blue Light Blocking Glasses also hold FDA registration." Attached as **Exhibit F** are true and correct copies of Defendant's web pages

at

https://boncharge.com/pages/faqs?srsltid=AfmBOooMu4WCywljhgTRuAsRqvyARjD5VNcsNi

kKlpGxNfSmKyE3w-0g#faq-red-light-therapy-devices and

https://boncharge.com/pages/faqs?srsltid=AfmBOooMu4WCywljhgTRuAsRqvyARjD5VNcsNi

kKlpGxNfSmKyE3w-0g#faq-blue-light-glasses.

8.      Defendant's CEO, Andy Mant, and his wife have appear to have secured various

trademarks in the US for "Bon Charge" under their affiliated entity AND KAT HOLDINGS

PTY LTD. Attached as **Exhibit G** are true and correct copies of the web pages at

https://trademark.justia.com/owners/and-kat-holdings-pty-ltd-5045575/ and

https://tsdr.uspto.gov/#caseNumber=97166511&caseSearchType=US_APPLICATION&caseTy

pe=DEFAULT&searchType=statusSearch.

9.      Defendant has used two SMS marketing platform providers, Postscript iO and

Klaviyo, to "send company communications from Bon Charge" to U.S. consumers. *See* Mar. 27,

2025 Dec. of Andy Mant in Supp. Of Def.'s Mot. to Dismiss, ECF No. 14 at ¶ 11 (hereafter, the

"Mant Dec."). These platforms "allow[ed Defendant] to communicate with customers and

potential customers through text messaging to help drive interest in products, sales, and

revenue." *Id*. at ¶ 10.

10.     Both Stodge Inc. d/b/a PostScript.io and Klaviyo, Inc. are active Delaware

corporations with registered agents in Wilmington, Delaware.  Attached as **Exhibit H** are true

and correct copies of the Delaware Secretary of State's search results page for the entities Stodge

Inc. and Klaviyo, Inc.

11.     Defendant also contracts with a Delaware corporation to fulfill all of its U.S.

orders. Attached as **Exhibit I** is a true and correct copy of Defendant's web page at

https://boncharge.com/pages/terms-conditions. Defendant's "Terms of Supply of Products" on its website state that orders placed through Defendant's website are fulfilled by With Reach (USA), LLC. *See id*. With Reach (USA) LLC is an active Delaware limited liability company, with a registered agent in Wilmington, Delaware. Attached as **Exhibit J** is a true and correct copy of the Delaware Secretary of State's search results page for the entity With Reach (USA) LLC.

12.     Thus, through With Reach (USA), LLC , Defendant appears to conduct all its U.S.-based business with respect to order fulfillment. Not only does Defendant deliver its products into the stream of commerce expecting U.S. (and Delaware) purchases, but it has specifically established a Delaware-based fulfillment operation through With Reach (USA) LLC, and Delaware-based telemarketing campaigns through Postscript iO and Klaviyo.

13.     Defendant also appears to contract with U.S.-based influencers to market its products to U.S. consumers on social media and other channels, some of whom are Delaware entities. Attached as **Exhibit K** is a true and correct copy of Defendant's web page at https://boncharge.com/pages/boncharge-ambassador-programme?srsltid=AfmBOoogVrFT8hwFC4WLP7gqchbjEJIL5D_922GlLvWl2buUGAiXB_i. U.S.-based affiliates "earn 15% commission" through promoting Defendant's products to their followers, and receive "ongoing support and coaching from [Defendant's] affiliate team." *Id*.

14.     In 2024, Defendant announced a partnership with Erewhon to promote its products in the U.S. *See* **Exhibit L**, a true and correct copy of a screenshot from Instragram that was submitted in this case as ECF No. 16-2. Erewhon—formally Nowhere Holdco, LLC—is an active Delaware limited liability company, with a registered agent in Dover, Delaware. Attached as **Exhibit M** is a true and correct copy of the Delaware Secretary of State's search results page for the entity Nowhere Holdco, LLC.

15.     Defendant accepts returns of items from the U.S. (and Delaware) residents, offers direct refunds to customers in the U.S. (and Delaware), and offers to add insurance to orders placed through its website, including for U.S. (and Delaware) customers. Attached as **Exhibit N** is a true and correct copy of Defendant's web page at https://boncharge.com/pages/shipping-returns. Defendant states it "covers duties and taxes into the USA for all our customers." *Id*.

16.     Based on what I have gleaned from their social media profiles, it appears that Defendant's cofounders Andy Mant and Katie Mant routinely travel to the United States for business purposes, including to the East Coast. *See* **Exhibit**, a true and correct copy of screenshots from Instragram that were submitted in this case as ECF No. 16-3. Their social media accounts show frequent business trips to locations such as Santa Monica, California, Miami, Florida, and Washington, DC. *See id*.

17.     According to Mr. Mant's declaration, and based on what I have personally observed, Defendant engages with United States customers through Meta platforms such as Facebook and Instagram.  Meta is a California based company incorporated in Delaware. Attached as **Exhibit P** is a true and correct copy of the Delaware Secretary of State's search results page for the entity Meta Platforms, Inc. For instance, I reside in Louisville, Kentucky and have an Instagram account. I have routinely seen Defendant's advertisements on my personal Instagram feed advertising its products for sale.

I declare under penalty of perjury under the laws of the United States and the State of Delaware that the foregoing is true and correct.  Executed in Louisville, Kentucky, on May 8, 2025.

_____
Yeremey O. Krivoshey