**EXHIBIT B**

Free Shipping on Orders Over $125

**HSA/FSA-ELIGIBLE**

Hand-picked Mom Bundles



United States | USD $



We've teamed up with Truemed to make your favorite wellness products eligible for Health Savings Account (HSA) or Flexible Spending Account

(FSA) funds.

Getting started is simple, just follow the steps below:

# HOW TO GET REIMBURSED

**STEP 1**

## CHECKOUT WITH YOUR NORMAL PAYMENT METHOD

Use your standard payment method (Visa, credit, Afterpay)

**STEP 2**

## COMPLETE A SHORT 1-2 MINUTE SURVEY

A licensed provider will review your answers and determine whether to provide you with a Letter of Medical Necessity.

**STEP 3**

## SUBMIT YOUR RECEIPT AND LETTER OF MEDICAL NECESSITY

**STEP 4**

## GET REIMBURSED FROM YOUR PRE-TAX HSA/FSA



To your HSA/FSA administrator for reimbursement. Truemed will guide you if you're unfamiliar with the process.



You'll be eligible to spend pre-tax money at the approved merchant for 12 months with your Letter of Medical Necessity.

# FREQUENTLY ASKED QUESTIONS

How Does This Work?

What Is Truemed?

How Does Using Your HSA/FSA Account Save You Money?

What Is A Letter Of Medical Necessity?

Why Should I Use My HSA/FSA Funds With Truemed's Partner Brands?

If You Don't Have An HSA/FSA, Can You Still Benefit From Truemed?

If You Don't Live In The US, Can You Still Get Reimbursed With Truemed?

## Which BON CHARGE Products Are HSA/FSA Eligible?

# WHAT CUSTOMERS ARE SPENDING THEIR HSA/FSA DOLLARS ON

STAY CHARGED.