**EXHIBIT E**

# Blublox Pty L T D

## FDA Filings

This page includes the latest FDA filings for Blublox Pty L T D. Currently, you will find the latest 100 filings for Premarket Notifications, Premarket Applications, De Novo Applications, and GUDID registrations.

### FDA Filings

| Device | Company | Device | Date |
|---|---|---|---|
| GUDID 09361725000159 (https://fda.report/GUDID/09361725000159) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-31 |
| GUDID 09361725000142 (https://fda.report/GUDID/09361725000142) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-31 |
| GUDID 09361725000135 (https://fda.report/GUDID/09361725000135) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-25 |
| GUDID 09361725000128 (https://fda.report/GUDID/09361725000128) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-25 |
| GUDID 09361725000111 (https://fda.report/GUDID/09361725000111) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-25 |
| GUDID 09361725000104 (https://fda.report/GUDID/09361725000104) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-25 |
| GUDID 09361725000098 (https://fda.report/GUDID/09361725000098) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-25 |
| GUDID 09361725000081 (https://fda.report/GUDID/09361725000081) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-25 |
| GUDID 09361725000074 (https://fda.report/GUDID/09361725000074) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-25 |
| GUDID 09361725000067 (https://fda.report/GUDID/09361725000067) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-25 |
| GUDID 09361725000050 (https://fda.report/GUDID/09361725000050) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-25 |
| GUDID 09361725000043 (https://fda.report/GUDID/09361725000043) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-25 |
| GUDID 09361725000036 (https://fda.report/GUDID/09361725000036) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-25 |
| GUDID 09361725000029 (https://fda.report/GUDID/09361725000029) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-25 |
| GUDID 09361725000012 (https://fda.report/GUDID/09361725000012) | BLUBLOX PTY LTD | BON CHARGE | 2024-12-25 |

Download PDF (Free)
PDF - Shift Shift

## Download PDF (Free)

PDF - Shift

Shift

Open

Related Finance Registrations

© 2025 FDA.report
This site is not affiliated with or endorsed by the FDA.