**EXHIBIT F**

Free Shipping on Orders Over $125

 HSA/FSA-ELIGIBLE

Hand-picked Mom Bundles



United States | USD $

# FREQUENTLY ASKED QUESTIONS

Have a question? We're here to help.



### General Enquiries
hello@boncharge.com



### Partnership & Collaboration Enquiries
katie@boncharge.com



### Returns
boncharge.com/a/return

**SELECT FAQ TOPICS**

## GENERAL

Does BON CHARGE Have A Physical Store?

Can I Cancel My Order Before It Is Shipped?



**Still have questions?** Chat to our friendly experts.

GET IN TOUCH

Reach