**EXHIBIT G**



# AND KAT HOLDINGS PTY LTD Trademarks

**BLUBLOX**

Filed: January 20, 2020

Anti-glare glasses; industrial safety glasses; lenses for glasses; magnifying glasses (optics); optical glasses; protective...

**Owned by:** AND KAT HOLDINGS PTY LTD

**Serial Number:** 79280354

**BON CHARGE**

Filed: December 10, 2021

Earphones; Radiation shields for electronic products

**Owned by:** AND KAT HOLDINGS PTY LTD

**Serial Number:** 97166511

**BON CHARGE**

Filed: April 27, 2023

Hats being clothing for protection against Electric Magnetic Field (EMF) radiation; Scarves being clothing for protection...

**Owned by:** AND KAT HOLDINGS PTY LTD

**Serial Number:** 97910069