**EXHIBIT I**

Free Shipping on Orders Over $125

 HSA/FSA-ELIGIBLE

Hand-picked Mom Bundles



United States | USD $

# TERMS FOR SUPPLY OF PRODUCTS

These terms and conditions apply to the supply of any Products ordered through this Site. By ordering any Products using this Site, you agree to be bound by these terms and conditions and our Website Terms of Use.

1. Important notices

    a. The cost of our Products cannot be claimed under any health fund.

    b. Certain Products may be available exclusively online through the Site. These Products may have limited quantities. We reserve the right to limit the quantities of any Products that we offer.

    c. We reserve the right, but are not obligated, to limit the sales of our Products to any person, geographic region, or jurisdiction. We may exercise this right on a case-by-case basis.

    d. All descriptions of Products and Product pricing are subject to change at any time without notice.

    e. We reserve the right to discontinue any Product at any time.

    f. We have made every effort to display as accurately as possible the colours and images of our Products on the Site. We cannot guarantee that your computer monitor's display will be accurate.

2. General restrictions and obligations

   a. If you order any Products, you warrant and represent that you are at least the age of majority in the country of your residence.

   b. You must purchase Products for your own personal use. You may not further distribute or re-sell any Products. We reserve the right to refuse orders that, in our sole judgement, appear to be placed by dealers, resellers or distributors.

   c. You must not use the Products for any illegal purpose.

   d. All information that you provide to us must be accurate, current and complete. We reserve the right to block further sales to you if you provide us with false, inaccurate or incomplete information, or if you breach these Terms for Supply or our Website Terms of Use. You must promptly update your account and other information as required from time to time, including your email address and credit card details, so that we can complete your transactions and contact you as needed.

3. Ordering

   a. You must check that the details of any order placed via this Site are complete and accurate before they are submitted.

   b. We are not bound to accept any order and we reserve the right to cancel any accepted order at any time before shipment. If we are unwilling or unable to supply you with any Products ordered we will attempt to inform by contacting you at the email and/or billing address and/or telephone number that you provided when you placed the order, and we will offer you a refund if you have paid. You may also be offered an alternative Product at your discretion. Subject to applicable law, we reserve the right to refuse supply to anyone for any reason at any time.

   c. Prices for Products will be the prices shown at checkout and may differ from prices shown elsewhere on our Site. We reserve the right to change prices at any time without notice prior to your payment for an order. Shipping and handling charges may be extra and will be shown at checkout.

   d. Any import duties or customs fees incurred with respect to any order you make are at your sole cost and you must indemnify us against these costs. These costs include any further import taxes or customs fees charged on any exchanged Products.

  e. Orders that have been accepted by us cannot be cancelled or varied by you.

  f. Products will not be shipped until we receive full payment in cleared funds.

  g. We cannot cancel or change orders once they are placed as our warehouse is a separate location from our customer service team, and orders cannot be intercepted.

  h. If a cancellation is requested, we will, in our best endeavours, try to accommodate this request but we cannot guarantee it. However, this will be subject to a processing fee, which will be deducted from your refunded amount. The processing fee will vary depending on the order value and be communicated to you before initiating the refund.

4. Delivery

   a. Products will be shipped to the address specified in your order.

   b. Timeframes for delivery and delivery charges will vary depending upon the availability of Products and your address. Any delivery dates or delivery timeframes provided are estimates only.

   c. Products will be your responsibility and risk from the time they are shipped to the address you provide to us when ordering. You are responsible for ensuring that someone is present to accept delivery. While we use reputable shipping providers, we will not be liable for any failure of delivery, delay in delivery, delivery to the incorrect address (if it is the same address as the address that you provided to us when ordering) or any damage, loss or theft of Products at any time after they are shipped by us unless required to by law.

   d. It is your responsibility to check the Products upon delivery. Any discrepancies, damage or defects should be notified to us in writing at [hello@boncharge.com](hello@boncharge.com) within 7 days from delivery. You should also notify us in writing the same email address as soon as possible if your Products are not delivered within a reasonable time.

   e. Please refer to our Shipping and Returns Policy for more conditions that will apply to your delivery.

5. Shipping insurance

a. You may elect to purchase shipping insurance to protect your purchase from damage, loss or theft during transit. Whilst a very rare occurrence, damaged and lost parcels do occur. The following terms and conditions apply if you purchase shipping insurance:

  i. If a package has been marked as delivered but you have not received it, we will open an investigation with our shipping provider and if the shipping provider deems the package lost you will be entitled to a free replacement. Products may only be deemed lost by the shipping provider if the item has not been delivered after 3 months. You cannot deem the item to be lost. Any items in transit up to 3 months are not covered by shipping insurance under "lost parcel" status.

  ii. If damage is suffered in transit to your address, you must contact us within 24 hours to make a claim. We will then assess your claim, and if it is covered by the policy, we will ship out a free replacement item.

  iii. Shipping insurance does not cover shipping delays.

  iv. Shipping insurance does not cover you against damage to the Product after delivery.

6. **Gift cards**

   a. Our gift cards entitle the holder to Products equal to the value stated on the card or remaining after partial redemption.

   b. Gift cards may only be redeemed for Products and may not be exchanged (wholly or partly) for cash.

   c. Gift cards are only redeemable online via the Site and are subject to the expiry dates set out on the gift card.

   d. Gift cards are partially redeemable, and any unused balance will remain on the gift card (which may not be redeemed for cash).

   e. If you purchase a Product using a gift card and then later return the Product, the purchase price will only be refunded back on to the same gift card, which will retain its original expiry date.

   f. If a purchase price exceeds the amount on a gift card, you will be required to pay for the difference in price between the value of the gift card and the purchase price.

g. Our gift cards are valid for 3 years from the date of purchase. If you have a gift card within 3 years of purchase that has expired, please email hello@boncharge.com.

h. We will not be responsible for any gift cards that are lost or stolen.

i. If we reasonably suspect any fraud relating to a gift card, we may refuse to accept it until we are satisfied that no fraud has occurred.

7. **Promotions**

a. No promotion, referral or discount code available for redemption on the Site may be used in conjunction with any other offer.

b. Only one promotion, referral or discount code can be used per order.

c. A promotion, referral or discount code cannot be applied to an order once it has been placed.

d. All giveaway winners must claim their prize within 30 days of the competition end date.

8. **Returns policy**

a. Subject to clause 8

   i. full priced items can be returned within 30 days of your receipt of the Product for an exchange, refund or store credit.

   ii. full priced items purchased using discount codes from joining our newsletter or from a brand ambassador or influencer can be returned for an exchange, refund or store credit; and

   iii. any items that are purchased when marked as "on sale", during an advertised sale period or using a 25% promotional code can be returned for an exchange or store credit only. Unless the item is faulty, see section 9.

   iv. any items purchased using a BOGO (buy one get one free) discount code are not eligible for a return, unless the item is confirmed faulty.

b. Subject to your rights under the Australian Consumer Law, the following Products cannot be returned for an exchange,

     refund or store credit: Air tubes, sleep masks, prescription glasses, reading glasses, custom frame service, protective goggles and sauna blanket towel insert.

    c. If returning your Product for a change of mind refund, a restocking fee of 15% will be deducted from your refund.

    d. You will be responsible for paying your own shipping costs to return your Product(s) pursuant to this clause.

    e. Please refer to our Shipping and Returns Policy for more conditions that apply to returns.

9. **Faulty Products**

    If your Product when delivered is not of acceptable quality, we will refund your payment or exchange the Product at no cost to you. If you receive a faulty product, please let us know as soon as possible by emailing us at [hello@boncharge.com](mailto:hello@boncharge.com). The item may need to be returned to us first for inspection and if not of acceptable quality we will also pay for your return shipping costs (of which must be approved by BON CHARGE prior to shipping back to us).

10. **Extended Warranty**

    a. The extended warranty in this clause applies to Red Light Therapy Devices, Massage Guns, PEMF Mats and Infrared Sauna Blankets only (Extended Warranty Products).

    b. We warrant that the Extended Warranty Products will function and perform within their specifications for one year from the date of delivery to you. The warranty will not apply to Products that have been used contrary to instructions, abused, modified, damaged or fitted with substitute parts.

    c. To make a claim under this clause with respect to an Extended Warranty Product you must email us at hello@boncharge.com, and return the Product to us at 2/40 King Edward Road, Osborne Park, 6017, Western Australia, Australia at your own cost, within one year from the date of delivery of the Product to you.

    d. If you make a valid warranty claim under this clause, we will repair or replace the Product, or provide you with a refund, at our option. If the Product is repaired or replaced, it may in whole or part be in different colours to the original Product. If

      the Product is repaired or replaced, we will also pay the costs of shipping the Product back to you.

    e. The benefits given to you under this clause are in addition to other rights and remedies of a consumer under a law in relation to the Product to which the warranty relates. Our Products come with guarantees that cannot be excluded under the Australian Consumer Law. You are entitled to a replacement or refund for a major failure and compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure.

11. Limitation of liability

    a. Subject to clauses 11(c) and 11(e) and the express terms of these Terms for Supply, we exclude all liability for any direct loss, indirect loss, Consequential Loss or damage however caused (including through negligence) which you may incur with respect to any Product.

    b. Except for the consumer guarantees in the Australian Consumer Law, to the extent permitted by law, except as expressly stated by us in these Terms for Supply, all Products are supplied "as is" and "as available" and any condition or warranty which could otherwise be implied in connection with the Products is excluded.

    c. If the Australian Consumer Law or any other law implies a guarantee, condition or warranty into these Terms for Supply which cannot be excluded by law, our liability for any breach of such guarantee, condition or warranty will be, to the maximum extent permitted, either limited to the replacement or supply of equivalent goods, or the payment of the cost of having the goods re-supplied.

    d. Multifocal and progressive prescriptions are ordered at your own risk. We estimate the height of these prescriptions. You release us and our Associates from any claims you may have because of any incorrect height being used when making multifocal or progressive glasses.

    e. Nothing in these Terms for Supply or our Shipping and Returns Policy excludes any liability under the Australian Consumer Law, or any other applicable law, that cannot be excluded by law.

12. Events Outside Our Control

    a. We will not be liable or responsible for any failure to perform, or delay in our performance, of any of our obligations under these Terms for Supply that is caused by an Event Outside Our Control.

    b. If an Event Outside Our Control takes place that affects the performance of our obligations under these Terms for Supply, we will contact you as soon as reasonably possible to notify you and out obligations under these Terms for Supply will be suspended for the duration of the Event Outside Our Control.

13. Privacy You agree that we may use and disclose your personal information in accordance with our Privacy Policy.

14. Indemnity You must continually indemnify us and our Associates, jointly and severally, against any claim or proceeding that is made, threatened or commenced and against any liability, loss, damage or expense (including legal costs on a full indemnity basis) suffered or incurred as a direct or indirect result of:

    a. your breach of these Terms for Supply;

    b. your breach of any law or any third party's rights; or

    c. any wilful, unlawful, or negligent act or omission by you.

15. Dispute resolution

    a. You agree that you will use reasonable endeavours and act in good faith to try and resolve any dispute that you have with us about the Products or these Terms for Supply ("Dispute") in accordance with this clause.

    b. If a party wishes to raise any Dispute with the other party, it must give the other party written notice describing the Dispute and detailing the resolution required. The parties must then communicate and attempt to resolve the Dispute.

    c. If the Dispute is not resolved within 21 days after the notice of Dispute, either party may give notice to the other party that the Dispute must be referred to mediation by a Queensland Law Society approved mediator who is agreed by the parties, or failing agreement, appointed by the President of the Law Society of Western Australia on the application of either party, on the terms of the standard mediation agreement approved

by the Law Society of Western Australia. Any mediation will take place in Perth, Western Australia, Australia.

   d. If the Dispute is not resolved within 30 days from the date that it is referred to mediation, either party may commence legal proceedings in any court of competent jurisdiction.

   e. Except where urgent injunctive relief is being sought, neither party may commence proceedings in any court seeking resolution of a Dispute until the provisions of this clause have been complied with.

16. Questions, complaints, and notices

   a. If you have any questions or complaints, please email us at hello@boncharge.com.

   b. If a party wishes to raise any Dispute with the other party, it must give the other party written notice describing the Dispute and detailing the resolution required. The parties must then communicate and attempt to resolve the Dispute.

   c. If you are required to provide us with notice under these Terms for Supply, you can email it to us at the above email address.

17. Changes

   a. We reserve the right to update, charge or replace these Terms of Supply by posting the changes on our Site.

   b. It is your responsibility to monitor our Site for changes.

   c. If you order any Products after these Terms of Supply have been changed, the new Terms of Supply will apply to those Products.

18. General

   a. These Terms for Supply are governed by the laws of Western Australia, Australia. You agree to submit to the exclusive jurisdiction of the courts of Western Australia, Australia.

   b. Any provision in these Terms for Supply that is illegal, void, or unenforceable in a jurisdiction will as to that jurisdiction, be ineffective to the extent of the illegality, voidability or unenforceability, without invalidating the remaining provisions of these Terms for Supply or affecting the validity or enforceability of that provision in another jurisdiction.

    c. If we waive any rights we have under these Terms for Supply because of your breach, it will not operate as a waiver of any future breaches.

    d. These Terms for Supply, our Website Terms of Use and any of our policies referred to in these Terms of Supply or posted by us on the Site represent the entire agreement and understanding between you and us and supersede any prior or contemporaneous agreements, communications, and proposals, whether oral or written, between you and us (including but not limited to, any prior versions of the Terms of Supply).

19. Contact details Our business address is: 2/40 King Edward Road, Osborne Park, 6017, Western Australia, Australia

20. Definitions "Associate" has the meaning given in the Corporations Act 2001 (Cth) and includes our officers, directors, employees, partners, agents, contractors, service providers and suppliers. "Australian Consumer Law" means the Australian Consumer Law as contained in Schedule 2 of the Competition and Consumer Act 2010 (Cth).

"Consequential Loss" includes, without limitation, loss of profits, loss of revenue, loss of data, lost production, loss of business, loss of the benefit of any contract or other agreement or arrangement, losses which do not arise naturally from a breach of contract in the usual course, damage to reputation, damage to property, downtime costs, legal costs and any incidental, punitive, special or consequential loss or damages of any time. "Events Outside Our Control" means any act or event beyond our reasonable control including strikes, lock-outs or other industrial action by third parties, failure of supply, civil commotion, riot, invasion, terrorist attack or threat of terrorist attack, war (whether declared or not) or threat or preparation for war, fire, explosion, storm, flood, earthquake, subsidence, epidemic, pandemic or other natural disaster, or failure of public or private telecommunications networks. "Products" means any goods or services offered for sale on this Site or supplied by us. "Site" means our website at [www.boncharge.com](www.boncharge.com) and includes any websites at any subdomains. "We", "us" and "our" are references to BON CHARGE ABN 38 472 469 810. Last updated March 8, 2023.

# PAYPAL TERMS OF SERVICE

You are shopping on a merchant's website (the "Merchant"). If you place an order for delivery to an address outside of the Merchant's home country (an "International Order"), you are purchasing from Reach in the way we describe below. Depending on your location, "Reach" refers to With Reach (EU) Limited ÖU (registration #14571597, "Reach EU"), Reach Ltd. ("Reach Canada"), With Reach (Australia) Pty. Ltd. ("Reach Australia"), With Reach UK Ltd. (registration #08507554, "Reach UK"), or With Reach (USA) LLC ("Reach USA").

If you place an International Order, the item(s) that you are purchasing will be sold by Reach to you. Reach is the "Merchant of Record" for your purchase. You will provide your payment information, shipping address, and any additional information required or requested to complete your order directly to Reach, and not to the Merchant, in order for Reach to process your payment and complete your order.

Your order is subject to: (1) these Reach Terms of Service; (2) the Reach [Privacy Policy](); and (3) any relevant terms and conditions imposed by the Merchant. By completing your purchase, you confirm that you have read and agree to be bound by all of these.

# BY PLACING AN INTERNATIONAL ORDER ON THE MERCHANT'S WEBSITE, YOU UNDERSTAND AND AGREE THAT:

1. You are purchasing from, and providing your information to, Reach. Reach is entitled to verify and authenticate your payment information, and if it is unable to verify this information, Reach may contact you and/or your payment card issuer to confirm your identity and/or your intent to place the order.

2. If there is an error in the price listed for a product on the Merchant's website, or in the price applied to the product during

the sale of and processing of your order for the product, Reach is entitled to contact you, correct the price, and/or cancel your order.

3. If Reach is able to successfully verify your payment information, payment details for your order will be processed by Reach as the seller of the goods to you as the Merchant of Record.

4. Once Reach processes your payment information and the transaction is verified, the items in your order will be provided to a carrier for shipment to you, and at that time ownership in the items will transfer from Reach, as the Merchant of Record, to you.

5. Reach will direct the carrier to ship your order to the shipping address you provided. Certain addresses will be ineligible for shipment, such as PO box addresses.

6. Reach may refuse service, refuse to process or complete orders, remove or edit content, or cancel orders for any reason or for no reason, in its sole discretion.

7. If you are under the age of majority in the jurisdiction in which you reside, approval of your parent or guardian is required to complete your purchase.

8. In some jurisdictions, Reach obtains payment processing services through affiliates or third-party service providers. In such instances, such affiliates and third parties are obligated under their contract with Reach to comply with strict privacy and data protection requirements.

# HERE ARE SOME OTHER THINGS TO UNDERSTAND ABOUT YOUR INTERNATIONAL ORDER:

Currency. You may select your preferred payment method and currency from a list of options available at the time of checkout. Please note that the relative value of currencies may vary, and as a result, the actual purchase price for items in your order may vary based on the currency selected.

Billing. If you use a payment card or other electronic form of payment as your payment type, your bank or payment card

statement will include a reference to "Reach" and the Merchant.

Shipping. Items in your order may be shipped via a single shipment, or via multiple shipments. If items in your order are shipped via multiple shipments, or if your order is only partially filled and shipped, you will only be charged for those items that are actually shipped to you.

Chargebacks, Fraud Prevention and Void Transactions. For your protection, Reach may use various fraud prevention protocols and policies, and industry-standard verification systems, to reduce fraud and minimize chargeback risks. You must comply with such protocols and policies, including card authentication, and "ship to" and "bill to" address verification. Once an order is placed, you may not change any authenticated payment information or any verified "ship to"/"bill to" address. If there is a systemic error which results in the processing or acceptance of a transaction for which authorization has been declined, that transaction will be void.

Customer Service and Returns. Questions or concerns about your order may be directed to the Merchant or Reach. Reach will work with the Merchant as necessary to resolve your issue. If the Merchant allows for returns on International Orders, Reach will assist you in processing a return in accordance with the Merchant's policy, including reimbursement for the original sales prices of returned products, if authorized by the Merchant. Reach may refuse any return requested if a restriction applies to the item for which the return is requested.

 DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY. This paragraph is not applicable to you if you reside in Quebec, Canada. REACH PROVIDES ITS SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS.  TO THE EXTENT PERMITTED BY LAW, REACH MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE PRODUCTS DEPICTED ON OR ORDERED FROM THE MERCHANT'S WEBSITE,  THE PROVISION OF REACH'S SERVICES, OR THE INFORMATION OR CONTENT DISPLAYED ON OR ACCESSIBLE VIA THE MERCHANT'S WEBSITE INCLUDING THE CHECKOUT PROCESS.  YOU EXPRESSLY AGREE THAT YOUR USE OF REACH'S SERVICES IS AT YOUR SOLE RISK. REACH DOES NOT WARRANT THE ACCURACY, RELIABILITY, OR COMPLETENESS OF ANY PRODUCT IMAGES,  DESCRIPTIONS OR SPECIFICATIONS PROVIDED ON THE MERCHANT'S WEBSITE. REACH WILL USE REASONABLE EFFORTS TO REQUIRE THE

MERCHANT TO HONOUR THE LIMITED WARRANTIES FOR THE PRODUCTS SOLD TO YOU FROM THE MERCHANT'S WEBSITE, AND TO THE EXTENT REACH IS SUCCESSFUL, REACH WILL PASS THOSE WARRANTIES THROUGH TO YOU.

NEITHER REACH, NOR ITS DIRECTORS, OFFICERS, EMPLOYEES, AFFILIATES, VENDORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, DIRECT, SPECIAL, CONSEQUENTIAL OR INCIDENTAL DAMAGES, INCLUDING WITHOUT LIMITATION FOR ANY LOSS OF DATA OR PROFITS, THAT MAY BE INCURRED OR RESULT IN CONNECTION WITH YOUR USE OF (OR INABILITY TO USE) REACH'S SERVICES OR PRODUCTS PURCHASED THROUGH REACH, EVEN IF REACH HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN THE EVENT THAT REACH IS FOUND TO BE LIABLE TO YOU FOR ANY DAMAGE OR LOSS CONNECTED WITH YOUR USE OF REACH'S SERVICES OR ANY PRODUCTS PURCHASED THROUGH REACH, REACH'S AGGREGATE LIABILITY SHALL NOT EXCEED $100 USD.

Intellectual Property. All content on the Merchant's website, including in the checkout process, such as software, object code, source code, text, graphics, logos, button icons, images, audio clips, and digital downloads, is the property of Reach, the Merchant, or their respective licensors, as may be applicable, and is protected by United States and international copyright laws. All designs, graphics, logos, page headers, button icons, scripts, and service names are trade-marks or registered trade-marks of the Merchant or Reach, as may be applicable, in the U.S. and/or other countries. Such trademarks may not be used without the prior written authorization of the Merchant or Reach, as may be applicable.

# GENERAL TERMS. THE FOLLOWING GENERAL TERMS APPLY WHENEVER YOU PLACE AN INTERNATIONAL ORDER THROUGH THE MERCHANT'S WEBSITE:

1. Compliance with Applicable Laws.

You certify that any products purchased through an International Order will not be exported, sold, or transferred in violation of any applicable laws, including without limitation the U.S. Export Administration Regulations or applicable U.S. sanctions and embargoes administered by the U.S. Treasury Department. It is your responsibility to know the laws of the country into which you are importing any products that you order from the Merchant's website. By placing an International Order you certify that the import of the products you have ordered to the country of the shipping address you have provided does not violate any laws or regulations of that country.

2. **Privacy.**
   To complete your International Order you will be providing personal information to Reach and you consent to your personal information being collected, used, processed, disclosed and/or stored by Reach and our service providers as may be required in order to process and complete your order and otherwise provide the services you have requested, in accordance with Reach's Privacy Policy. Reach accepts no liability or responsibility for the collection, use, processing, disclosure or storage of your personal information by the Merchant or any service provider engaged by the Merchant. The collection, use, processing, disclosure and/or storage of your personal information by the Merchant or its service providers is governed by the Merchant's privacy policy.

   The Merchant and Reach may analyze transactional data for the purpose of identifying trends, statistics and measurements that could contribute to the enhancement of the merchant's customer experience and/or the services provided by Reach. Any transactional data analyzed for these purposes will be aggregated and anonymized, meaning that any personally identifiable information will be removed.

3. **Electronic Communications.**
   When you place an International Order through the Merchant's website, you are communicating with Reach electronically, and you consent to entering into this agreement by electronic means, and to receive communications from Reach electronically/via email.

4. **Modifications.**

You acknowledge that Reach may make changes to its system, policies, and these Terms of Service at any time. Reach will ensure that the current version of these Terms of Service is presented every time you make an international order on the Merchant's website. You are responsible for reviewing these Terms of Service each time you make an international order. If you do not agree to any change in the Terms of Service, you must not complete your order. Any order placed after the effective date of a change will constitute your agreement to the change and to the current Terms of Service.

5. **Severability.**
   If any or any portion of these Terms of Service is found to be invalid, void, or for any reason unenforceable, that term or portion of terms will be severed, and will not affect the validity and enforceability of the remaining terms.

6. **Governing Law.**
   If you reside in Canada (other than in Quebec), these Terms of Service are governed by and construed in accordance with the laws of Canada. If you reside in the province of Quebec, these terms of services are governed by and construed in accordance with the laws of Quebec and the laws of Canada applicable therein. If you reside in Australia, these Terms of Service are governed by and construed in accordance with the laws of Australia. If you reside in the US, these Terms of Service are governed by and construed in accordance with the laws of the US. If you reside in a country in the European Union, these Terms of Service are governed by and construed in accordance with the laws of Estonia. Otherwise, these Terms of Service are governed by and construed in accordance with the laws of England and Wales.

7. **Notice.**
   If you need to contact Reach, you may do so at [https://www.withreach.com/support/shopper-support](https://www.withreach.com/support/shopper-support). Our addresses are:

   Reach UK: 3 Lloyd's Avenue, London, UK EC3N 3DSReach
   Canada: 2300, 150 9 Avenue SW, Calgary, AB T2P 3H9
   Reach EU: Maakri 19, 10145 Tallinn, Estonia 10145
   Reach Australia: 152 Elizabeth Street, Melbourne, Victoria, Australia 3000

Reach USA: Pier 26 Box 5 North "The Embarcadero", San Francisco, CA 94105

8. Proceedings.
   Any action or proceeding arising out of or relating to these Terms of Service must be brought in the courts of England and Wales and you hereby irrevocably agree to the jurisdiction of the courts in London, United Kingdom for all such purposes.

9. Language.
   The parties have agreed and expressly requested that this agreement and all documents related to it be drawn up in English. Les parties conviennent et exigent expressément que ce contrat et tous documents émis en vertu de celui-ci soient rédigés en anglais.

# EMAIL SUBSCRIPTION TERMS & CONDITIONS

**BY SIGNING UP TO RECEIVE EMAILS FROM BON CHARGE, YOU AGREE TO THE FOLLOWING TERMS AND CONDITIONS:**

1. Consent to Receive Emails
   By providing your email address, you consent to receive communications, including but not limited to newsletters, promotional offers, and company updates, from BON CHARGE. You may unsubscribe from these communications at any time by following the "unsubscribe" link included in each email.

2. Privacy and Data Usage
   BON CHARGE respects your privacy. We will use your email address solely for the purposes specified at the time of collection. We do not sell, rent, or lease your information to third parties, except as necessary to fulfill our obligations to you or where required by law. For more details on how we collect and handle your personal information, please review our [Privacy Policy](link to privacy policy).

3. Accuracy of Information
   You are responsible for ensuring the accuracy of the information you provide to us. BON CHARGE is not responsible for any communication errors due to incorrect email addresses or other information you provide.

4. **Opt-Out Policy**
   You may opt out of receiving marketing and promotional communications from BON CHARGE at any time by clicking the "unsubscribe" link in any of our emails. Please note that opting out of promotional emails will not affect your receipt of transactional communications related to any purchases made on our site.

5. **Changes to Terms**
   BON CHARGE reserves the right to modify these Email Subscription Terms & Conditions at any time. Updates will be posted on our website, and continued receipt of our emails following any changes constitutes your acceptance of the new terms.

6. **Liability Disclaimer**
   BON CHARGE is not liable for any damages resulting from the use of information in our communications, including emails, unless otherwise required by law.

By subscribing, you confirm that you are over 18 years of age and consent to these terms. If you do not agree to these terms, please do not sign up for our email communications.

Reach