**EXHIBIT J**

Delaware.gov    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

| Entity Details |
|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 5882569 | Incorporation Date / Formation Date: | 11/18/2015 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | WITH REACH (USA) LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | Series |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | THE CORPORATION TRUST COMPANY | | |
|---|---|---|---|
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov