**EXHIBIT K**

Free Shipping on Orders Over $125

 **HSA/FSA-ELIGIBLE**

Hand-picked Mom Bundles



United States | USD $



# BECOME AN AFFILIATE

## SIGN UP. SHARE AWESOME PRODUCTS. EARN COMMISSION.

SIGN UP NOW

LEARN MORE

TO BON CHARGE USING YOUR UNIQUE AFFILIATE
LINK.

# WHAT YOU GET

EARN FREE BON CHARGE PRODUCTS AND
APPAREL. PLUS, YOU'LL GET ONGOING SUPPORT
AND COACHING FROM OUR BON CHARGE
AFFILIATE TEAM TO HELP YOU MAKE THE MOST
OUT OF YOUR NEW PARTNERSHIP.



PRODUCTS

Earn free BON CHARGE products and more!



PASSIVE INCOME

Earn 15% commission on every referral you make



ZERO COSTS

No set up fees or hidden costs at any time



DEDICATED SUPPORT

Dedicated BON CHARGE affiliate coach to help maximize your affiliate experience

AFFILIATE
APPLICATION FORM

Your Name*

Your Email*

Social Media Handle(s)*

Main Social Channel(s)*

Social Media Following Size*

Why do you want to be an affiliate?*

Submit

Terms and conditions apply. No promotion to occur using but not limited to paid Meta or Google adverts or discount/coupon code websites.

STAY CHARGED