**EXHIBIT L**

# **EXHIBIT B**

Case 1:25-cv-00105-SM-AJ   Document 24-6-2   Filed 03/18/25   Page 2 of 3 PageID #: 434

