**EXHIBIT N**



Free Shipping on Orders Over $125

**HSA/FSA-ELIGIBLE**

Hand-picked Mom Bundles



United States | USD $

# SHIPPING & RETURNS

## 1. HOW LONG DOES IT TAKE FOR MY BON CHARGE TO ARRIVE?

Once you have placed your order you will receive an order confirmation email, this will have your order number listed. Our team will then prepare your order, this can take up to 2 business days but in most cases shipped the same day.

If you have ordered reading glasses, prescription glasses, sunglasses or our custom frame service your order will take between 5 and 10 business days to complete.

Once your glasses order is ready and has been shipped you will receive a further email to advise your tracking number.

## 2. SHIPPING OPTIONS AND TRANSIT TIMES

We offer standard and express shipping options on every order which are available for your selection at checkout. Standard tracked shipping is shipped via your national postal service.

Shipping times vary depending on your location and estimated shipping times are displayed at checkout.

You will be provided with a tracking number once your order has been shipped which is trackable via the link, we email to you.

The fastest option to receive your products is by paying for express shipping. Shipping time estimates for this service are displayed at checkout.

BON CHARGE does not have control over related shipping delays.

## 3. HOW MUCH DOES SHIPPING COST?

The cost of shipping is free on all orders over $125 USD and $170 CAD.

We also offer 2 express shipping options for an additional fee, which are displayed at checkout, should you wish to receive your products faster.

## 4. RETURNS

Items purchased at full RRP price items can be returned within 30 days of you receiving your item for an exchange, refund, or store credit.

Full price items purchased using discount codes from joining our newsletter (welcome code) or from a brand ambassador can be returned for an exchange, refund, or store credit.

Any items that are purchased when marked as "on sale", during an advertised sale period or using a 25% promotional coupon code can be returned for an exchange or store credit. Unless the item is faulty, see section 9.

Any items purchased using a BOGO (buy one get one free) discount code are not eligible for a return, unless the item is confirmed faulty.

## 5. NON-RETURNABLE ITEMS

Subject to your rights under the US and Canadian Consumer Law, the following items cannot be returned for an exchange, refund, or store credit due to hygiene reasons or because they are a custom product made to order.

- Air Tubes
- Sleep Masks
- Prescription Glasses
- Reading Glasses
- Custom Frame Service
- Protective Goggles
- Sauna Blanket Towel Insert
- EMF Radiation Blocking Underwear
- Parts of a Bundle

## 6. INITIATING A RETURN

To start your Return visit the Bon Charge Returns Centre

Subject to your rights under the US and Canadian Consumer Law, your right to exchange or return is subject to the following conditions:

1. Returns and exchanges are not applicable on items listed in section 5 unless declared faulty by BON CHARGE.
2. You must contact us and return the item (postmarked) within 30 days of receipt of your product.
3. The product is in new and resalable condition. If your product is not deemed by BON CHARGE to be in a resalable condition, then additional fees may be applicable.
4. All clothing must be in original sale condition (unworn, unwashed, or otherwise unused with original tags/labels attached).
5. If returning your items for a refund due to these not being suitable or you have changed your mind, a restocking fee of 15% will be deducted from your refund.
6. Additional deductions may apply if your refuse your package at the carrier level and it is returned to BON CHARGE.
7. You will be responsible for paying for your own shipping costs to return your products.
8. Shipping costs, duties and taxes are non-refundable.
9. If exchanging a product, we will pay for the new product to be shipped to you. Whilst you can exchange as many times as you like, we will only pay for additional postage for the exchange to be shipped to you for the first exchange.
10. If you request a refund, it will be credited to the same account as the account from which the original payment was made.
11. All returns or replacement products/parts are shipped out using standard post, shipping times will vary per destination on these types of orders.

## 7. MISSING PARCELS AND SHIPPING INSURANCE

BON CHARGE is not responsible for any lost or damaged packages during transit. We will, to the best of our ability attempt to resolve any issues that may arise during transit, but make no guarantee of such. The tracking number can be used by you to locate any missing parcels with your national carrier.

BON CHARGE offers the option to add shipping insurance to your order at checkout to cover your parcel for loss or damage during transit. More information on shipping insurance can be found here

## 8. DUTIES AND TAXES

BON CHARGE covers duties and taxes into the USA for all our customers.

Duties and taxes are applicable in some countries. BON CHARGE does not pay import taxes and duties on orders to countries other than those listed above. Duties and taxes are the responsibility of the customer in these instances.

Any additional charges outside of import duties and taxes are the customer's sole responsibility.

## 9. FAULTY PRODUCTS

Our products are all hand checked before they are neatly packaged up for you. However, if your product is faulty when delivered, we will refund your payment or exchange the product at no cost to you. If you receive a faulty product, please let us know as soon as possible by emailing us at hello@boncharge.com. We may require a video of the issue or the item may need to be returned to us first for inspection and if not of acceptable quality we will also pay for your return shipping costs.

## 10. CANCELLATION AND CHANGES ON ORDERS

Orders that have been accepted by us cannot be cancelled or varied by you.

We cannot cancel or change orders once they are placed as our warehouse is a separate location from our customer service team, and orders cannot be intercepted. This includes, but is not limited to cancellations for any reason, changes to personal details, adding, removing or changing products.

If a cancellation is requested, we will, in our best endeavours, try to accommodate this request but we cannot guarantee it. If we manage to intercept your parcel and refund you, this will be subject to a bank processing fee, which will be deducted from your refunded amount. The processing fee will vary depending on the order value and be communicated to you before initiating the refund.