**EXHIBIT O**

# **<u>EXHIBIT C</u>**



← **katiemant_** ✓

**Katie Mant**

| **963** | **138K** | **1,066** |
|---|---|---|
| posts | followers | following |

Co-Founder @boncharge_ Wellness & Beauty
40 under 40 winner 2024
@forbes… more
🔗 boncharge.com

[ Follow ] [ Message ] [ Email ] [ +👤 ]

    

Events    Press    Talks    Ritz Paris    Lon…

⊞    ▶    👤



   

🏠    🔍    ➕    ▶    👤





 **Press**  March 14, 2024  Follow

*My interview with Daily Express UK went out today all about our @boncharge_ Infrared Sauna Blanket*



Send message   

11:37

 Press   July 11, 2024    Follow

Thursday **11 July 2024**     NEWS

## Best infrared sauna blanket in Australia: BON CHARGE experiences record-breaking sales since launch

Get ready to sweat in the comfort of your own home.

### Well this was nice to receive today

 By Matilda Rudd




Message     





11:48

← katiemant_ ✔

[ Follow ]

















← **Posts**                    [ Follow ]

 **katiemant_** ✓
Belgravia                                    ⋮


1/7

♡ **1,577**    💬 **43**    ✈                    🔖

**katiemant_** A few highlights from the recent talk I did at
@genevivclinic on red light therapy to an intimate group of
London media and influencers in partnership with
@wellnessinvites

It was my absolute pleasure to spend the morning with you
and share some knowledge on the profound benefits of red
light therapy not just on skin but on wellness, vitality and
longevity

January 27



11:48

← **Posts**

Follow



**mumbleforum** and 2 others
Tramp

⋯



♡ **1,685**   💬 **17**   ➤ **5**                    🔖

**mumbleforum** We are thrilled to kickstart our Fireside Chat series next Tuesday with an Empower Wellness even… **more**

January 17



**katiemant_** ✓
Monmatre Paris

⋯



1/2

    

# iamandymant



**Andrew Mant**

| **1,003** | **32.5K** | **165** |
|---|---|---|
| posts | followers | following |

💡 Co-founder @boncharge_
🏆 40 Under 40 Winner
🏆 APAC CEO of the Year
🏆 Top 50 Australian Leaders Award
🔗 boncharge.com/

**Follow** | **Message** | +👤

    

Press · Thailand · London · Paris · Claridg

  
  



3:01



**Thank you for featuring us!**

Follow




The National



But it is the at home recovery and maintenance solutions offering new consumer options.

One of those is red light therapy (RLT), a restorative treatment that can relieve soreness, joint and muscle pain as well as add cosmetic improvements to skin health.

Bon Charge is an Australian based company looking to expand into the Middle East and capitalise on demand, and has developed a range of products from infrared sauna blankets, to blue light blocking specs and RLT devices.

"There are two major factors in red light therapy going into the home," said Andy Mant, who established the company with his wife, Katie.

"Number one was, was the pandemic.

 Read more

THENATIONALNEWS.COM

Message







 **Press**  October 12, 2024

Follow

Ermmmm did Kris Jenner just feature us on her story?



krisjenner · 8h

To: Kris
XOXO Poosh

snif

Thank you @poosh @kourtneykardash

2 of our products



Message     

11:58

 **Press** November 1, 2024 Follow ⋮

I've been minifesting this moment for so long and here it is.
@steven recommending
BON CHARGE on Diary of a CEO



...
"Me and my partner are quite obsessed" .......

Steven Bartlett

 **The Diary Of A CEO** 7.87M Subscribe



katiemant_ Pinch me

Message









  









**London 24** December 22, 2024

Follow

�III HitsLab • Elevator Music Backgro...

@iamandymant

Message











































