IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHYLLIS KING, on behalf of herself and
others similarly situated,

    Plaintiff,

v.

BON CHARGE, an Australian company.

    Defendant.

CASE NO. 1:25-cv-00105-RGA

## DECLARATION OF PHYLLIS KING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, Phyllis King, declare as follows:

1. I am the named Plaintiff in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to those facts if called as a witness.

2. I reside in Smyrna, Kent County, Delaware. I have resided in Smyrna and have not traveled out of the state of Delaware at any time since 2020.

3. My cellular telephone number is 267-XXX-5114, which is a residential telephone line.

4. I have had this telephone number since approximately January 13, 2021.

5. I registered my telephone number on the national do-not-call registry on or around February 23, 2022.

6. I received many telemarketing text messages from Defendant Bon Charge ("Defendant"). According to information provided by Defendant in this lawsuit, it appears that the number of text messages is well over one hundred.

7. These text messages were directed to my cellular telephone while I was physically present in the state of Delaware and a resident of Delaware.

8. I have never consented in writing, or otherwise, to receive telemarketing calls or text messages from Defendant.

9. I have never bought anything from Defendant's website and I am not a former customer of the Defendant. I have no prior or existing business relationship with Defendant.

I declare under penalty of perjury under the laws of the United States and the State of Delaware that the foregoing is true and correct. Executed in Smyrna, Delaware on May 8, 2025.

_____
Phyllis King (May 8, 2025 11:43 EDT)
Phyllis King

# Phyllis King - Bon Charge - Declaration

Final Audit Report                                                                                                           2025-05-08

| | |
|---|---|
| Created: | 2025-05-08 |
| By: | Aleksandr Litvinov (Sasha@SKClassActions.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA10XXAUd--kb6NFCa-Pgvly8W54sDwNxL |

## "Phyllis King - Bon Charge - Declaration" History

- Document created by Aleksandr Litvinov (Sasha@SKClassActions.com)
  2025-05-08 - 3:39:47 PM GMT

- Document emailed to Phyllis King (pcifoneking56@icloud.com) for signature
  2025-05-08 - 3:39:50 PM GMT

- Email viewed by Phyllis King (pcifoneking56@icloud.com)
  2025-05-08 - 3:41:06 PM GMT

- Document e-signed by Phyllis King (pcifoneking56@icloud.com)
  Signature Date: 2025-05-08 - 3:43:05 PM GMT - Time Source: server

- Agreement completed.
  2025-05-08 - 3:43:05 PM GMT

**Adobe Acrobat Sign**