

# HARVARD LAW SCHOOL

BY ELECTRONIC MAIL

August 26, 2025

Judge Stephanos Bibas
U.S. Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106
BibasChambers@ca3.uscourts.gov

**RE: King v. Bon Charge, Civ. No. 25-00105-SB (D. Del.)**

Dear Judge Bibas:

I am honored to receive the Court's invitation and would be happy to be of assistance. I intend to submit an amicus letter brief as described, *pro se*, on or before Friday, October 31, 2025.

Respectfully,

*[signature]*

STEPHEN E. SACHS
Antonin Scalia Professor of Law

SES/ses

CC: All Counsel