IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHYLLIS KING, on behalf of herself
and others similarly situated,

    *Plaintiff,*

      v.

BON CHARGE, an Australian company,

    *Defendant.*

No. 1:25-cv-00105-SB

**ORDER APPOINTING AMICUS CURIAE AND SCHEDULING SUPPLEMENTAL BRIEFING**

    Following my letter of August 26, 2025 [D.I. 28] and Professor Sachs' acceptance of my invitation to serve as amicus curiae in this case [D.I. 29], I **HEREBY ORDER** the following:

1. I **APPOINT** Professor Stephen E. Sachs of Harvard Law School as amicus curiae to help the Court resolve Bon Charge's pending motion to dismiss for lack of personal jurisdiction [D.I. 17]. Professor Sachs's amicus brief should address historical understandings of the limits the Fifth Amendment imposes on a federal court's exercise of personal jurisdiction, as well as any other relevant information he believes would be helpful. The brief should be in letter form and should not exceed fifteen double-spaced pages. The brief should be submitted on or before noon on Friday, October 31, 2025.

2. I **ORDER** the parties to submit supplemental briefing on Bon Charge's motion to dismiss following the submission of Professor Sachs's amicus brief. The supplemental briefing should respond to the matters raised in Professor Sachs's brief and address any other points the parties wish to make about the effect of *Fuld v. Palestine Liberation Organization*, 606 U.S. 1 (2025), on the Court's resolution of Bon Charge's motion to dismiss. The briefs should be in letter form and should not exceed fifteen double-spaced pages. The briefs should be submitted on or before noon on Friday, November 21, 2025.

Dated: August 27, 2025

                                                    UNITED STATES CIRCUIT JUDGE