IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS KING, on behalf of herself and others similarly situated, ) ) ) | |
| *Plaintiff,* ) ) ) | Case No. 1:25-cv-00105-SB |
| v. ) ) | |
| BON CHARGE, an Australian company, ) ) | |
| *Defendant.* ) | |

**Motion for Authorization to File Electronically, or, in the Alternative, by Electronic Mail**

Stephen E. Sachs, appearing *pro se*, respectfully moves this Court for an order granting authorization to file documents electronically using the CM/ECF system (or, in the alternative, by electronic mail). The grounds for the motion are as follows:

1. I have been appointed as an *amicus curiae* in this case by the Court's order of August 26, 2025, D.I. 30. I have been instructed to submit a letter brief before noon on Friday, October 31.

2. Although I am acting *pro se*, it would be more convenient for the Court and counsel to receive the letter brief electronically rather than on paper, via the CM/ECF system (or, in the alternative, via electronic mail).

3. The Court's policies permit *pro se* filers to seek CM/ECF access by motion, so long as

1

the filer "indicate[s] that they have independently reviewed all of the materials and related topics on the Court's web site, and have a PACER account." *Registration/Training* ¶ 5, U.S. Dist. Ct. Dist. of Del., http://www.ded.uscourts.gov/registration (last viewed Oct. 24, 2025); *see also* U.S. Dist. Ct., Dist. of Del., Administrative Procedures Governing Filing and Service by Electronic Means (N) (Jan. 2023) ("Upon approval of the judge, a pro se party may register as a user of CM/ECF in accordance with subsection (B) of these procedures.").

4. I hereby certify that, with respect to CM/ECF, I (*i*) have independently reviewed all of the materials and related topics on the Court's web site and (*ii*) have a PACER account.

5. I have consulted with counsel for the plaintiff and for the defendant in regard to this motion, which is unopposed.

WHEREFORE, I respectfully move the Court to enter an order granting authorization to file documents electronically via the CM/ECF system (or, in the alternative, by electronic mail).

Respectfully submitted,

Dated: October 24, 2025

*Stephen E. Sachs*
Stephen E. Sachs
Antonin Scalia Professor of Law
HARVARD LAW SCHOOL
1557 Massachusetts Ave., Lewis 311
Cambridge, MA 02138
(617) 495-5009
ssachs@law.harvard.edu

## Certificate of Service

I hereby certify that on October 24, 2025, I served a copy of the above motion by U.S. overnight mail on:

Robert Grant Dick, IV
COOCH AND TAYLOR, P.A.
1000 N. West St.
Suite 1500
Wilmington, DE 19801
gdick@coochtaylor.com

Yeremey Krivoshey
SMITH KRIVOSHEY, PC
28 Geary Street
Suite 650 # 1507
San Francisco, CA 94108
yeremey@skclassactions.com

Aleksandr Litvinov
SMITH KRIVOSHEY, PC
28 Geary Street
Suite 650 # 1507
San Francisco, CA 94108
sasha@skclassactions.com

*Counsel for Plaintiff Phyllis King*

Theresa M. Bevilacqua
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
bevilacqua.theresa@dorsey.com

Alessandra Glorioso
DORSEY & WHITNEY (DELAWARE) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
glorioso.alessandra@dorsey.com

Ashley Repp
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
repp.ashley@dorsey.com

*Counsel for Defendant Bon Charge*

I also certify that on October 24, 2025, I caused the original of the above motion to be delivered by U.S. overnight mail to:

Office of the Clerk
United States District Court
District of Delaware
844 North King St Unit 18
Wilmington, DE 19801-3570

/s/ Stephen E. Sachs
Stephen E. Sachs